DeOrchis Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ASPEN INFRASTRUCTURES LTD., F/K/A
SUZLON INFRASTRUCTURE LTD.,

                               Plaintiff,

  - against -

E.P. TEAM, INC.,

                              Defendant.
-------------------------------------------------------------X

07 Civ.          (    )

DISCLOSURE OF INTERESTED
PARTIES PURSUANT TO
F.R.Civ.P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff, certifies that ASPEN INFRASTRUCTURES, LTD., is a private (non-governmental) entity, which is associated with Suzlon Energy, Ltd., which is a publicly held corporation, traded on the Mumbai, India stock exchange.

Dated: New York, New York
         October 12, 2007

                                              DeOrchis Wiener & Partners, LLP
                                              *Attorneys for Plaintiff*

                                              By: _____
                                                John A. Orzel, Esq. (JO-2420)
                                                61 Broadway, 26th Floor
                                                New York, New York 10006-2802
                                                (212) 344-7400