*Sweet,5*

**DeOrchis Wiener & Partners, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

*Attorneys for Plaintiff*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ASPEN INFRASTRUCTURES LTD., F/K/A
SUZLON INFRASTRUCTURE LTD.,

                                        Plaintiff,

        - against -


E.P. TEAM, INC.,

                                        Defendant.
----------------------------------------------------------X

**07 Civ. 8813 (RWS)**

**ORDER APPOINTING SPECIAL
PROCESS SERVER TO SERVE *EX
PARTE* ORDER FOR PROCESS OF
MARITIME ATTACHMENT**

**WHEREAS,** an application having been made by counsel for Plaintiff for an Order

Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil

Procedure,

        **NOW,** good cause having been shown, it is hereby

        **ORDERED,** that John A. Orzel, or any other partner, associate, agent or paralegal of

DeOrchis, Wiener & Partners, LLP be and is hereby appointed, in addition to the United

States Marshal, to serve the Process of Maritime Attachment and Garnishment pursuant to

Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the

Federal Rules and Civil Procedure upon any garnishee(s) who may hold tangible or intangible

property belonging to, claimed by or being held for the defendant E. P. Team, Inc. and

that the Order of Maritime Attachment and Information Subpoena may be renewed by way of

facsimile transmission as provided by the *Ex Parte* Order for Process of Maritime Attachment.

Dated:  New York, New York
        October 15, 2007

Robert W. Sweet
U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,                    CLERK

BY _____
        DEPUTY CLERK

2