HILL RIVKINS & HAYDEN LLP
*Attorneys for Defendant*
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASPEN INFRASTRUCTURES, LTD.
f/k/a SUZLON INFRASTRUCTURE, LTD.,

         Plaintiff,

vs.

EP-TEAM, INC.

         Defendant.

Docket No.: 07 CIV 8813 (RWS)

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that John J. Sullivan and Christopher M. Panagos of Hill Rivkins & Hayden LLP, hereby enters their appearance on behalf of Plaintiff EP-TEAM, INC.

Dated: March 10, 2008
      New York, New York

                HILL RIVKINS & HAYDEN LLP
                *Attorneys for Defendant*

By: _____
     John J. Sullivan (JS 1037)
     45 Broadway, Suite 1500
     New York, New York 10006
     (212) 669-0600