HILL RIVKINS & HAYDEN LLP
*Attorneys for Defendant*
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASPEN INFRASTRUCTURES LTD., F/K/A SUZLON INFRASTRUCTURES LTD. | Docket No.: 07 CIV 8813 (RWS) |
| Plaintiff, | **RULE 7.1 STATEMENT** |
| vs. | |
| EP-TEAM, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1 Defendant EP-TEAM, INC., by and through its attorneys, Hill Rivkins & Hayden LLP, certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held:

NONE

Dated: New York, New York
       March 10, 2008

HILL RIVKINS & HAYDEN LLP
Attorneys for Defendant

By: _____
John J. Sullivan (JS-1037)
45 Broadway
New York, New York 10006
(212) 669-0600