UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

------------------------------------X

Aspen

-v.-

EP-Team Inc

: 07 Civ. 8813 (RWS)

:

:

------------------------------------X

Please be advised that the conference scheduled for ___March 26, 08___ has been rescheduled to ___April 16, 08___ at ___4.30pm___ in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
3/25/08

_____
ROBERT W. SWEET
United States District Judge