**DeOrchis & Partners, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

*Attorneys for Plaintiff*
**ASPEN INFRASTRUCTURES LTD.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASPEN INFRASTRUCTURES LTD., F/K/A
SUZLON INFRASTRUCTURE LTD.,

         Plaintiff,

- against -

E.P. TEAM, INC.,

         Defendant.
------------------------------------------------------------X

**07 Civ. 8813 (RWS)**

**ANSWER TO COUNTERCLAIM**

  Plaintiff SUZLON INFRASTRUCTURE LTD., a/k/a/ ASPEN INFRASTRUCTURES LTD., by its attorneys, De Orchis & Partners, llp., as and for its Answer to the Counterclaim of Defendant E.P. TEAM, INC., alleges upon information and belief, as follows:

  1.  Repeats and realleges each and every allegation contained in its First Amended Verified Complaint as if set fourth herein.

  2.  Denies the allegations contained in paragraph 41 of Defendant's Counterclaim.

  3.  Denies the allegations contained in paragraph 42 of Defendant's Counterclaim.

  WHEREFORE, Plaintiff prays:

    1.  That the Court dismiss Defendant's Counterclaim in its entirety;

    2. That the Plaintiff have such other, further and different relief as the Court may deem just and proper.

Dated: New York, New York
       March 31, 2008

                      **DEORCHIS & PARTNERS, LLP**
                      *Attorneys for Plaintiff*
                      ASPEN INFRASTRUCTURES LTD.

        By:   /S/    **John A. Orzel**
                John A. Orzel (JO-2420)
                61 Broadway, 26th Floor
                New York, New York 10006-2802
                (212) 344-4700
                Our File: 2064-2