HILL RIVKINS & HAYDEN LLP
*Attorneys for Defendant*
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ASPEN INFRASTRUCTURES LTD., F/K/A SUZLON INFRASTRUCTURE LTD., | : |
| Plaintiff, | : Index No.: 07 CIV 8813(RWS) |
| vs. | : **NOTICE OF MOTION** |
| E.P. TEAM, INC., | : |
| Defendant. | : |

     **PLEASE TAKE NOTICE THAT** upon the accompanying Memorandum of Law and Declaration of John J. Sullivan, Esq., dated April 30, 2008, and the Declaration of Brian Kevin Rottinghaus, dated April 29, 2008, and the exhibits annexed thereto, and the prior pleadings herein, Defendant EP-Team, Inc., will move this Court before the Honorable Robert W. Sweet, United States District Judge, Southern District of New York, 500 Pearl Street, New York, New York, 10007, at a time and place to be determined by the Court, for an order pursuant to Supplemental Admiralty Rule E(4)(f) of the Federal Rules of Civil Procedure to vacate the Court's October 12, 2007, Ex Parte Order for Process of Maritime Attachment, and to vacate the attachment of various electronic funds transfers obtained pursuant to the October 12, 2007, Order, and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated:  New York, New York
      April 30, 2008

                    HILL RIVKINS & HAYDEN LLP
                    Attorneys for Defendant, E.P. Team, Inc.

By: _____
                    John J. Sullivan
                    45 Broadway, Suite 1500
                    New York, New York 10006
                    (212) 669-0600