# De Orchis Wiener & Partners, LLP

*Attorneys and Proctors in Admiralty*

61 Broadway, 26th Floor
New York, New York 10006-2802

(212) 344-4700 (Phone)
(212) 422-5299 (Fax)



No. of pages: 32 (including this page)

John A. Orzel, Partner
jorzel@marinelex.com

| | | | |
|---|---|---|---|
| TO: | E.P.-Team, Inc. | DATE: | October 24, 2007 |
| ATTN: | Legal Department | YOUR FILE: | |
| FAX NO: | (972) 691-1014 | OUR FILE: | 2064-2 |
| FROM: | John A. Orzel | RE: | *Aspen Infrastructures v. E.P.-Team* 07 Civ. 8813 (RWS) |

Dear Sirs,

We are attorneys representing ASPEN INFRASTRUCTURES, LTD., in connection with a case filed against E.P. Team in the United States District Court, Southern District of New York (copy of complaint follows herewith). In connection with that action, we have obtained an order of maritime attachment (copies of Court Orders and Process of Maritime Attachment and Garnishment follow herewith) which has been served upon JP Morgan Chase Bank. We have been advised by JP Morgan Chase that they have intercepted an electronic wire transfer addressed to E. P. Team in the amount of US$19,611.42.

You have the right to enter a limited appearance to contest the attachment. We suggest that you contact legal counsel immediately.

Very truly yours,
DE ORCHIS WIENER & PARTNERS, LLP.

By _____
John A. Orzel

CONFIDENTIALITY NOTICE
THIS FACSIMILE AND THE DOCUMENTS ACCOMPANYING IT MAY BE PRIVILEGED AND CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER IS NOT THE INTENDED RECIPIENT, ANY UNAUTHORIZED USE, DISCLOSURE, COPYING, OR DISSEMINATION IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS IN ERROR, PLEASE NOTIFY THE SENDER AT 212-344-4700 AND RETURN THIS FACSIMILE AND ANY COPIES TO THE SENDER AS SOON AS POSSIBLE. THANK YOU.

# RAWLE & HENDERSON LLP



CARL D. BUCHHOLZ, III
215-575-4235
CBUCHHOLZ@RAWLE.COM

KEVIN L. McGEE
215-575-4431
KMcGEE@RAWLE.COM

THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

WWW.RAWLE.COM

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

October 23, 2007

**Via Email: jorzel@marinelex.com**
John A. Orzel, Esquire
DeOrchis, Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, NY  10006-2802

    Re:  Aspen Infrastructures Ltd. f/k/a Suzlon Infrastructures Ltd.
        v. E.P. Team, Inc.
        Docket No.:  SDNY: 07-8813
        Our File No.:  444,218-418

Dear Mr. Orzel:

Pursuant to a writ of maritime attachment served by you on JPMorgan Chase Bank on behalf of Aspen Infrastructures Ltd. f/k/a Suzlon Infrastructures Ltd., funds in the amount of $19,611.42 being wire transferred through the Bank to EP Team Inc. were restrained on October 22, 2007.

Also, pursuant to Local Admiralty Rule B.2 of the Local Rules of Civil Procedure of the United States District Court for the Southern District of New York, please notify defendant of the restraint of these funds and provide the undersigned with confirmation of the notification.

If you have any additional questions regarding the restrained funds, please give me call.

Very truly yours,

RAWLE & HENDERSON LLP

By:
  Carl D. Buchholz, III
  Kevin L. McGee
CDB/KLM/kg
cc: Teresa Goldberg, Esquire – **Via Email**: teresa.j.goldberg@chase.com
  Mr. Norberto B. Bonga – **Via Email**:  Norberto.B.Bonga@jpmchase.com
  Ms. Johnette Reid - **Email**:  Johnette.Reid@jpmchase.com

2175939-1

# De Orchis Wiener & Partners, LLP

*Attorneys and Proctors in Admiralty*

(212) 344-4700
(Phone)
(212) 422-5299 (Fax)

61 Broadway, 26th Floor
New York, New York 10006-2802

No. of pages: 1
(including this page)



John A. Orzel, Partner
jorzel@marinelex.com

| | | | |
|---|---|---|---|
| TO: | E.P.-Team, Inc. | DATE: | November 12, 2007 |
| ATTN: | Legal Department | YOUR FILE: | |
| FAX NO: | (972) 691-1014 | OUR FILE: | 2064-2 |
| FROM: | John A. Orzel | RE: | *Aspen Infrastructures v. E. P. Team, Inc.* 07 Civ. 8813 (RWS) |

Dear Sirs:

We are attorneys representing ASPEN INFRASTRUCTURES, LTD., in connection with a case filed against E. P. Team in the United States District Court, Southern District of New York. In connection with that action, we have obtained an order of maritime attachment and garnishment which has been served upon a number of garnishee banks, including JP Morgan Chase Bank. We have been advised by counsel for JP Morgan Chase Bank that an electronic fund transfer addressed to E. P. Team in the amount of US$6,098.56 has been restrained.

You have the right to enter a limited appearance to contest the attachment. We suggest that you contact legal counsel immediately.

Very truly yours,
DE ORCHIS WIENER & PARTNERS, LLP.

By

John A. Orzel

CONFIDENTIALITY NOTICE
THIS FACSIMILE AND THE DOCUMENTS ACCOMPANYING IT MAY BE PRIVILEGED AND CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER IS NOT THE INTENDED RECIPIENT, ANY UNAUTHORIZED USE, DISCLOSURE, COPYING, OR DISSEMINATION IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS IN ERROR, PLEASE NOTIFY THE SENDER AT 212-344-4700 AND RETURN THIS FACSIMILE AND ANY COPIES TO THE SENDER AS SOON AS POSSIBLE. THANK YOU.

# RAWLE & HENDERSON



CARL D. BUCHHOLZ, III
215-575-4235
CBUCHHOLZ@RAWLE.COM

LILIAN V. PHILIPOSIAN
215-575-4237
LPHILIPOSIAN@RAWLE.COM

THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

WWW.RAWLE.COM

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

November 8, 2007

**Via Email: odupont@marinelex.com**
Olivier DuPont, Esquire
DeOrchis, Wiener & Partners LLP
61 Broadway, 26th Floor
New York, NY 10006-2802

      Re:    Aspen Infrastructures Ltd. f/k/a Suzlon Infrastructures Ltd.
             v. E.P. Team, Inc.
             Docket No.: SDNY: 07-8813
             Our File No.: 444,218-418

Dear Mr. DuPont:

Pursuant to a writ of maritime attachment served by you on JPMorgan Chase Bank on behalf of Aspen Infrastructures Ltd. f/k/a Suzlon Infrastructures Ltd., funds in the amount of $6,098.56 being wire transferred through the Bank to E.P. Team Inc. were restrained on November 6, 2007.

Also, pursuant to Local Admiralty Rule B.2 of the Local Rules of Civil Procedure of the United States District Court for the Southern District of New York, please notify defendant of the restraint of these funds and provide the undersigned with confirmation of the notification.

If you have any additional questions regarding the restrained funds, please give me call.

Very truly yours,

RAWLE & HENDERSON LLP

By:
    Carl D. Buchholz, III
    Lilian V. Philiposian
CDB/LVP/kg
cc:    Teresa Goldberg, Esquire – **Via Email:** teresa.j.goldberg@chase.com
      Mr. Norberto B. Bonga – **Via Email:** Norberto.B.Bonga@jpmchase.com
      Ms. Johnette Reid - **Email:** Johnette.Reid@jpmchase.com

2196266-1

# De Orchis Wiener & Partners, LLP

*Attorneys and Proctors in Admiralty*

(212) 344-4700 (Phone)
(212) 422-5299 (Fax)

61 Broadway, 26th Floor
New York, New York 10006-2802

No. of pages: 1 (including this page)

*Corres* [handwritten annotation]

John A. Orzel, Partner
jorzel@marinelex.com

| | | | |
|---|---|---|---|
| **TO:** | E.P.-Team, Inc. | **DATE:** | November 19, 2007 |
| **ATTN:** | Legal Department | **YOUR FILE:** | |
| **FAX NO:** | (972) 691-1014 | **OUR FILE:** | 2064-2 |
| **FROM:** | John A. Orzel | **RE:** | *Aspen Infrastructures v. E.P.-Team* 07 Civ. 8813 (RWS) |

Dear Sirs,

We are attorneys representing ASPEN INFRASTRUCTURES, LTD., in connection with a case filed against E.P. Team in the United States District Court, Southern District of New York. In connection with that action, we have obtained an order of maritime attachment which has been served upon JP Morgan Chase Bank. We have been advised by JP Morgan Chase that they have intercepted an electronic wire transfer from E. P. Team Pvt., Ltd., in the amount of US$12,035.00.

You have the right to enter a limited appearance to contest the attachment. We suggest that you contact legal counsel immediately.

Very truly yours,
DE ORCHIS WIENER & PARTNERS, LLP.

By

John A. Orzel

cc: Bell Ryniker & Letourneau

CONFIDENTIALITY NOTICE
THIS FACSIMILE AND THE DOCUMENTS ACCOMPANYING IT MAY BE PRIVILEGED AND CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER IS NOT THE INTENDED RECIPIENT, ANY UNAUTHORIZED USE, DISCLOSURE, COPYING, OR DISSEMINATION IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS IN ERROR, PLEASE NOTIFY THE SENDER AT 212-344-4700 AND RETURN THIS FACSIMILE AND ANY COPIES TO THE SENDER AS SOON AS POSSIBLE. THANK YOU.

# RAWLE & HENDERSON LLP



CARL D. BUCHHOLZ, III
215-575-4235
CBUCHHOLZ@RAWLE.COM

KEVIN L. McGEE
215-575-4431
KMcGEE@RAWLE.COM

THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

WWW.RAWLE.COM

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

November 16, 2007

*Via Email: jorzel@marinelex.com*
John A. Orzel, Esquire
DeOrchis, Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802

Re:   Aspen Infrastructures Ltd. f/k/a Suzlon Infrastructures Ltd.
      v. E.P. Team, Inc.
      Docket No.: SDNY: 07-8813
      Our File No.: 444,218-418

Dear Mr. Orzel:

Pursuant to a writ of maritime attachment served by you on JPMorgan Chase Bank on behalf of Aspen Infrastructures Ltd. f/k/a Suzlon Infrastructures Ltd., funds in the amount of $12,035.00 being wire transferred through the Bank from EP Team India Pvt Ltd were restrained on November 14, 2007.

Also, pursuant to Local Admiralty Rule B.2 of the Local Rules of Civil Procedure of the United States District Court for the Southern District of New York, please notify defendant of the restraint of these funds and provide the undersigned with confirmation of the notification.

If you have any additional questions regarding the restrained funds, please give me call.

Very truly yours,

RAWLE & HENDERSON LLP

By:
      Carl D. Buchholz, III
      Kevin L. McGee
CDB/KLM/kg
cc:   Teresa Goldberg, Esquire – **Via Email**: teresa.j.goldberg@chase.com
      Mr. Norberto B. Bonga – **Via Email**:  Norberto.B.Bonga@jpmchase.com
      Ms. Johnette Reid - **Email**:  Johnette.Reid@jpmchase.com

2202792-1

# De Orchis & Partners, LLP

*Attorneys and Proctors in Admiralty*

61 Broadway, 26th Floor
New York, New York 10006-2802

(212) 344-4700 (Phone)
(212) 422-5299 (Fax)

No. of pages: 3 (including this page)



John A. Orzel, Partner
jorzel@marinelex.com

| | | | |
|---|---|---|---|
| TO: | E.P.-Team, Inc. | DATE: | February 27, 2008 |
| ATTN: | Legal Department | YOUR FILE: | |
| FAX NO: | (972) 691-1014 | OUR FILE: | 2064-2 |
| FROM: | John A. Orzel | RE: | *Aspen Infrastructures v. E.P.-Team* 07 Civ. 8813 (RWS) |

Dear Sirs,

We are attorneys representing ASPEN INFRASTRUCTURES, LTD., in connection with a case filed against E.P. Team in the United States District Court, Southern District of New York. In connection with that action, we have obtained an order of maritime attachment which has been served upon Wachovia Bank. We have been advised by Wachovia Bank that they have intercepted an electronic wire transfer addressed to E. P. Team in the amount of US$100,000.00. (See following Answer).

You have the right to enter a limited appearance to contest the attachment. We suggest that you contact legal counsel immediately.

Very truly yours,
DE ORCHIS & PARTNERS, LLP.

By

John A. Orzel

CONFIDENTIALITY NOTICE
THIS FACSIMILE AND THE DOCUMENTS ACCOMPANYING IT MAY BE PRIVILEGED AND CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER IS NOT THE INTENDED RECIPIENT, ANY UNAUTHORIZED USE, DISCLOSURE, COPYING, OR DISSEMINATION IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS IN ERROR, PLEASE NOTIFY THE SENDER AT 212-344-4700 AND RETURN THIS FACSIMILE AND ANY COPIES TO THE SENDER AS SOON AS POSSIBLE. THANK YOU.

ROSNER NOCERA & RAGONE, LLP
110 Wall Street - 23rd Floor
New York, New York 10005
(212) 635-2244
Attorneys for Wachovia Bank, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ASPEN INFRASTRUCTURES LTD. f/k/a SUZLON
INFASTRUCTURE LTD.                                                    07-cv-08813-RWS
                              Plaintiff,

     -against-

E.P. TEAM, INC.
                              Defendant.
-------------------------------------------------------------------X

## ANSWER TO PROCESS OF MARITIME ATTACHMENT
## BY WACHOVIA BANK NATIONAL ASSOCIATION

Wachovia Bank, National Association ("Wachovia"), as garnishee under a Process of Maritime Attachment dated October 18, 2007, as and for its Answer under FRCP Suppl. Admiralty and Maritime Claims Rule B, sets forth as follows:

In response to the above referenced Order of Attachment, Wachovia has restrained and is holding the sum of $ 100,000.00 out of an Electronic Funds Transfer in progress in the total amount of $ 100,000.00. The details of such transaction are as follows:

    $ 100,000.00

    Date – 2/27/2008

    Originator – ROCK-IT CARGO USA, LLC

    Beneficiary Bank – BANK OF AMERICA

    Beneficiary – EP-TEAM, INC C/O INTRAL

Dated: New York, New York
       February 27, 2008                                   Yours, etc.,

ROSNER NOCERA & RAGONE, LLP

By: \S\John P. Foudy
    Peter A. Ragone (PR - 6714)
    John P. Foudy (JF-7322)
Attorneys for Wachovia Bank,
National Association
110 Wall Street, 23rd Floor
New York, New York 10005
(212) 635-2244

To:    DeOrchis, Wiener & Partners, L.L.P.
       61 Broadway
       26th Floor
       New York, NY 10006

# De Orchis & Partners, LLP

*Attorneys and Proctors in Admiralty*

(212) 344-4700 (Phone)
(212) 422-5299 (Fax)

61 Broadway, 26th Floor
New York, New York 10006-2802

No. of pages: 2 (including this page)

John A. Orzel, Partner
jorzel@marinelex.com

| | | | |
|---|---|---|---|
| TO: | E.P.-Team, Inc. | DATE: | February 28, 2008 |
| ATTN: | Legal Department | YOUR FILE: | |
| FAX NO: | (972) 691-1014 | OUR FILE: | 2064-2 |
| FROM: | John A. Orzel | RE: | Aspen Infrastructures v. E.P.-Team 07 Civ. 8813 (RWS) |

*CORRES* [stamp]

Dear Sirs,

We are attorneys representing ASPEN INFRASTRUCTURES, LTD., in connection with a case filed against E.P. Team in the United States District Court, Southern District of New York. In connection with that action, we have obtained an order of maritime attachment which has been served upon JP Morgan/Chase Bank. We have been advised by JP Morgan/Chase Bank that they have intercepted an electronic wire transfer in the amount of US$15,000.00. (See following Notice).

You have the right to enter a limited appearance to contest the attachment. We suggest that you contact legal counsel immediately.

Very truly yours,
DE ORCHIS & PARTNERS, LLP.
By [signature]
John A. Orzel

CONFIDENTIALITY NOTICE
THIS FACSIMILE AND THE DOCUMENTS ACCOMPANYING IT MAY BE PRIVILEGED AND CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER IS NOT THE INTENDED RECIPIENT, ANY UNAUTHORIZED USE, DISCLOSURE, COPYING, OR DISSEMINATION IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS IN ERROR, PLEASE NOTIFY THE SENDER AT 212-344-4700 AND RETURN THIS FACSIMILE AND ANY COPIES TO THE SENDER AS SOON AS POSSIBLE. THANK YOU.

# RAWLE & HENDERSON LLP



CARL D. BUCHHOLZ, III
215-575-4235
CBUCHHOLZ@RAWLE.COM

LILIAN V. PHILIPOSIAN
215-575-4237
LPHILIPOSIAN@RAWLE.COM

THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

WWW.RAWLE.COM

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

February 28, 2008

*Via Email: jorzel@marinelex.com*
John A. Orzel, Esquire
DeOrchis, Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802

Re:   Aspen Infrastructures Ltd. f/k/a Suzlon Infrastructures Ltd.
      v. E.P. Team, Inc.
      Docket No.: SDNY: 07-8813
      Our File No.: 444,218-418

Dear Mr. Orzel:

Pursuant to a writ of maritime attachment served by you on JPMorgan Chase Bank on behalf of Aspen Infrastructures Ltd. f/k/a Suzlon Infrastructures Ltd., funds in the amount of $15,000.00 being wire transferred through the Bank from EP Team Pte. Ltd. were restrained on February 28, 2008.

Also, pursuant to Local Admiralty Rule B.2 of the Local Rules of Civil Procedure of the United States District Court for the Southern District of New York, please notify defendant of the restraint of these funds and provide the undersigned with confirmation of the notification.

If you have any additional questions regarding the restrained funds, please give me call.

Very truly yours,

RAWLE & HENDERSON LLP

By:
    Carl D. Buchholz, III
    Lilian V. Philiposian
CDB/LVP/sam
cc:   Teresa Goldberg, Esquire – **Via Email**: teresa.j.goldberg@chase.com
      Mr. Norberto B. Bonga – **Via Email**: Norberto.B.Bonga@jpmchase.com
      Ms. Johnette Reid - **Email**: Johnette.Reid@jpmchase.com

2316151-1