HILL RIVKINS & HAYDEN LLP
*Attorneys for Defendant*
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ASPEN INFRASTRUCTURES LTD., F/K/A SUZLON INFRASTRUCTURE LTD., | Index No.: 07 CIV 8813(RWS) |
| Plaintiff, | |
| vs. | **DECLARATION OF BRIAN KEVIN ROTTINGHAUS** |
| E.P. TEAM, INC., | |
| Defendant. | |

---

I, Brian Kevin Rottinghaus, declare under penalty of perjury as follows:

1. I am employed by EP-Team, Inc., the defendant in this action, as Director of Strategic Operations. I make this declaration based upon my personal knowledge of the facts I state herein.

2. In addition to its principal office in Flower Mound, Texas, near Dallas, EP-Team has also maintained an office in Houston, Texas, since February 2007, before the termination notice that gave rise to the ongoing litigation among Aspen Infrastructures Ltd., EP-Team, Inc., and ProShipLine, Inc. Originally, EP-Team subleased office space from General Maritime Agency ("GenMar"), at 11731 Jones Road in Houston. Attached as Exhibit A hereto is a copy of a transaction report from EP-Team's accounting software reflecting payments to GenMar's management company for the rent of this space through June 15, 2007.

3. In June 2007, EP-Team moved into its current office space at 3340B Greens Road, Suite 670, Houston, Texas.

4. Since the establishment of EP-Team's Houston offices, I have worked full time out of those offices, other than when I am traveling on business. My primary duties include servicing the accounts of EP-Team clients and providing administrative support to EP-Team's corporate management.

5. EP-Team's office space is adjacent to the office space maintained by its affiliate, ProShipLine, Inc., who occupies Suite 690. Although an interior door connects the offices of EP-Team and ProShipLine, each office suite has its own entrance from the common areas of the building. Each corporation has its own separate mailbox in the building.

6. Attached as Exhibit B hereto is a copy of a sketch of the layout of Suites 670 and 690, provided to EP-Team by the management company for 3340 Greens Road. I occupy one of the two interior offices within Suite 670. My colleague, Mark Michaels, is also employed full time in EP-Team's Houston office, and he occupies the office adjacent to mine.

7. Attached as Exhibit C hereto is a copy of a letter dated June 25, 2007, from AMB Property Corp., the property manager for 3340 Greens Road, confirming that as of June 2007 EP-Team would be occupying Suite 670 in Building B as a sub-lessee of ProShipLine, and that EP-Team would have its own entry to the common areas and designated mailbox for Suite 670.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated:    April 29, 2008
          Houston, Texas

_____
Brian Kevin Rottinghaus