**8:24 AM**
**04/17/08**
**Accrual Basis**

# EP-TEAM, INC.
## Find Report
### All Transactions

| Type | Date | Num | Name | Memo | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|---:|---:|
| Bill | 06/01/2007 | June 1 to June 15 | Gutierrez Investment Group | June 1/2 Rent | 2000 · Vendors | 6293 · HOU- EPT Rent | -550.00 | -550.00 |
| Bill | 04/30/2007 | May rent | Gutierrez Investment Group | May rent | 2000 · Vendors | 6293 · HOU- EPT Rent | -1,100.00 | -1,650.00 |
| Bill | 03/31/2007 | April rent | Gutierrez Investment Group | April rent | 2000 · Vendors | 6293 · HOU- EPT Rent | -1,100.00 | -2,750.00 |
| Bill | 02/23/2007 | 10585 | Gutierrez Investment Group | March rent | 2000 · Vendors | 6293 · HOU- EPT Rent | -1,100.00 | -3,850.00 |
| **Total** | | | | | | | **-3,850.00** | **-8,800.00** |