



**BUILDING FEATURES**
- TILT WALL CONSTRUCTION
- FULLY FIRE SPRINKLERED
- READY FOR IMMEDIATE OCCUPANCY
- PROFESSIONALLY MAINTAINED LANDSCAPING

**APPROXIMATE AREA**
- OFFICE AREA         2,625 SF
- WAREHOUSE AREA       — SF

                      2,625 SF

PSL Entry

EP Team Entry

**BUILDING 'B'
2ND FLOOR
SUITE 690**

# AMB-IAH AIRFREIGHT CENTER
3340 GREENS ROAD | HOUSTON, TEXAS

FOR INFORMATION PLEASE CONTACT JUSTIN ROBINSON OR
KYLE VALENTINE AT STREAM REALTY: (713) 300-0300



STREAM REALTY
1401 MCKINNEY ST. 10TH FLOOR
HOUSTON, TEXAS 77010

Z Projects, LLC