**AMB PROPERTY CORPORATION**

June 25, 2007

To Whom It May Concern:

I am the property manager at AMB IAH AIRFREIGHT center. We recently signed a lease with ProShipLine, Inc. They will occupy space at 3340B Greens Road, Suite 690. The space they are occupying has 2 entrances – 1 marked 690 and the other marked 670. They will be subleasing the space to EP-Team, and EP-Team will use the entrance marked 670.

Please issue a mailbox to ProShipLine at 3340B Greens Road, Suite 690 and to EP-Team at 3340B Greens Road, Suite 670.

Feel free to contact me at 281-590-4400 with any questions.

Thank you,

*Sheri E. Skarpa*

Sheri E. Skarpa
Property Manager
AMB IAH AIRFREIGHT
3340A Greens Road, Suite 110
Houston, Texas 77032
(281) 590-4400