UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ASPEN INFRASTRUCTURES, LTD., F/K/A
SUZLON INFRASTRUCTURE, LTD.,

           Plaintiff,

  - against -

EP-TEAM, INC.,

           Defendant.

------------------------------------------X

07 Civ. 8813 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

Sweet, D.J.,

      Defendants' Motion to Vacate, dated April 30, 2008, will be heard at noon on Wednesday, May 14, 2008, in Courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

New York, NY
May 6, 2008

_____
ROBERT W. SWEET
U.S.D.J.