# De Orchis & Partners, LLP

*Florida Office:*
8751 West Broward Blvd,
Fort Lauderdale, FL 33324
(954) 652-0100

*Connecticut Office:*
24 Hoyt Street
Stamford, CT 06905
(203) 348-5846

*Attorneys and Proctors in Admiralty*

61 Broadway, 26th Floor
New York, New York 10006-2802

Telephone: (212) 344-4700
Telefax: (212) 422-5299
www.marinelex.com

*New Jersey Office:*
1495 Morris Avenue
Union, NJ 07083
(973) 467-4740

*Massachusetts Office:*
Routes 28 & 137, P.O. 186
South Chatham, MA 02659
(508) 432-4715

May 13, 2008

John A. Orzel, Partner
jorzel@marinelex.com

*Via Telefax:* *(212) 805-7925*
Honorable Robert W. Sweet
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007



Re: Aspen Infrastructures v.
EP-Team, Inc.
<u>07 Civ. 8813 (RWS)</u>
Our File: 2064-2



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

Honorable Sir:

    We are attorneys representing plaintiff Aspen Infrastructures, Ltd., in the above matter and refer to the motion made by defendant EP-Team, Inc., seeking an Order vacating a maritime attachment which is currently scheduled for oral argument on May 14, 2008, at 12:00 noon.

    With the consent of counsel representing defendant EP-Team, we respectfully request that the return date be adjourned from May 12, 2008 to May 28, 2008. The date upon which plaintiff's opposition papers will be due will be adjourned from May 14 to May 15, 2008 and the date upon which defendant's reply papers will be due will be set as May 21, 2008. Oral argument will then be May 28, 2008.

    We thank the Court for its consideration of this request. No prior requests for adjournment have been made with regard to the pending motion.

Respectfully,
DE ORCHIS & PARTNERS, LLP.

By _____
John A. Orzel

So ordered
Sweet USDJ
5.13.08