07 Civ. 8813 (RWS)


DECLARATION OF
JOHN A. ORZEL IN OPPOSITION TO DEFENDANT'S M OTION TO
VACATE
MARITIME ATTACHMENT


*Exhibit G*



UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800910377 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | December 13, 2007 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32034313737 | **FEIN:** | 202205066 |
| **Name:** | EP-Team, Inc. | | |
| **Address:** | 3700 Forums Drive, Ste. 201 Flower Mound, TX 75028 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | April 25, 2007 | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☑ | 196232600002 | Application for Registration | December 13, 2007 | December 13, 2007 | No | 2 |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

https://direct.sos.state.tx.us/corp_inquiry/corp_inquiry-entity.asp?spage=docs&:Spagefrom...  5/11/2008

FILED
In the Office of the
Secretary of State of Texas

DEC 13 2007

Corporations Section

APPLICATION FOR REGISTRATION OF A FOREIGN
CORPORATION BY EP-TEAM, INC.

Pursuant to the provisions of the Texas Business Organizations Code, the undersigned, EP-Team, Inc., a Delaware corporation (the "Corporation"), hereby registers for a certificate of authority to transact business in Texas.

1. The entity is a foreign for-profit corporation. The name of the entity is EP-Team, Inc., a Delaware corporation.

2. The federal tax identification number is 20-2205066.

3. The corporation is incorporated under the laws of Delaware and the date of its formation in that jurisdiction is April 25, 2007.

4. As of the date of filing, the undersigned certifies that the Corporation currently exists as a valid corporation under the laws of Delaware.

5. The purpose or purposes of the corporation which it proposes to pursue in the transaction of business in Texas is to provide freight logistics applications and related services and to transact any and all lawful business for which companies may be organized under Texas law. The corporation is authorized to pursue such purpose or purposes in the state or country under the laws of which it is organized.

6. The date on which the entity first transacted business in Texas was May 15, 2007.

7. The principal office address of the corporation is 3700 Forums Drive, Suite 201, Flower Mound, Texas 75028.

8. The initial registered agent is David R. Pulk. The business address of the registered agent and the registered office address is 3700 Forums Drive, Suite 201, Flower Mound, Texas 75028.

9. The corporation hereby appoints the Secretary of State of Texas as its agent for service of process under the circumstances set forth in Section 5.251 of the TBOC.

10. The name and address of each person on the board of directors of the corporation are:

David R. Pulk
3700 Forum Drive #201
Flower Mound, TX 75028

Neil Johnson
29B South Bridge Road
Singapore 056855

11. This document becomes effective when filed with the Secretary of State.

[signature page follows]

RECEIVED
DEC 13 2007
Secretary of State

APPLICATION FOR REGISTRATION OF A FOREIGN CORPORATION BY EP-TEAM, INC.
F:\PULK\Corporate\EP-App-Reg of Foreign Corp

SOLO PAGE

...

IN WITNESS WHEREOF, the undersigned has executed this Application for Registration of a Foreign Corporation to be effective when filed with the Secretary of State of Texas.

EP-TEAM, INC.

By: _____
David R. Pulk, President

# Texas Secretary of State
## Phil Wilson

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800910377 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | December 13, 2007 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32034313737 | **FEIN:** | 202205066 |
| **Name:** | EP-Team, Inc. | | |
| **Address:** | 3700 Forums Drive, Ste. 201 Flower Mound, TX 75028 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | April 25, 2007 | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | **Address** | |
| December 13, 2007 | David R. Pulk | | Director | 3700 Forums Drive, Ste. 201 Flower Mound, TX 75028 USA | |
| December 13, 2007 | Neil Johnson | | Director | 29B South Bridge Road Singapore, SGP 056855 SGP | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# Texas Secretary of State
## Phil Wilson

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800910377 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | December 13, 2007 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32034313737 | **FEIN:** | 202205066 |
| **Name:** | EP-Team, Inc. | | |
| **Address:** | 3700 Forums Drive, Ste. 201<br>Flower Mound, TX 75028 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | April 25, 2007 | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Assumed Name** | **Date of Filing** | **Expiration Date** | **Inactive Date** | **Name Status** | **Counties** |
| No names exist for this filing. | | | | | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.