07 Civ. 8813 (RWS)


DECLARATION OF
JOHN A. ORZEL IN OPPOSITION TO DEFENDANT'S M OTION TO
VACATE
MARITIME ATTACHMENT


*Exhibit H*



**Delaware Secretary
of State Gateway**

This data is for information purposes only, certification can only be obtained through the Division of Corporations, or from a Delaware Registered Agent's office located within the State of Delaware.

Source Info

## Detail Information

**Date/Time of Results:** 05-11-2008 at 16:31

**File Number:** 4340504

**Name:** EP-TEAM, INC.

**Kind:** Corporation General

**Residency:** Domestic

**Original Country:**

**Proclamation Date:**

**Bankruptcy Status:**

**Case Number:**

**Federal ID:**

**Registered Agent:** 9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

**Name Type:** Delaware Company

**Status:** AR Delinquent, Tax Due as of 03-02-2008

**State of Incorp:** DE

**Incorp/Qualify Date:** 04-25-2007

**Renewal Date:**

**Bankruptcy Date:**

**Merged To:**

**Quarterly Filing?:**

**Registered Agent County:** New Castle

**Phone:** 302-658-7581

**Fax:** 302-655-5049

**Stock Co Flag:** Stock Company

**Tax Type:** A/R Filing Required

**Country:** US

**Foreign Incorporation Date:**

**Expiration Date:**

**State:**

**State:**

**Last Annual Report:**

### Stock Information:

Amendment Number: 000   Effective Date: 04-25-2007   Effective Time: 12:14

| Stock Seq Number | Description | Series | Class | Authorized | Par Value |
|---|---|---|---|---|---|
| 1 | COMMON | | | 100,000 | .001000 |

### Filing History:

| Seq Number | Filing Year | Doc Code | Doc Code Desc | Doc Pages | Dom Pages | Doc Filing Date | Doc Filing Time | Doc Effective Date | Doc Filing Status | Co Prev Name | Merger Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2007 | 0250S | Merger; Survivor | 3 | | 05-08-2007 | 14:33 | 05-15-2007 | | | MERGER |
| 2 | 2007 | 0102S | Incorp Delaware Stock Co. | 1 | | 04-25-2007 | 12:14 | 04-25-2007 | | | |

### Tax Info:

As Of Date: 05-11-2008   Tax Balance: 589.56

| Tax Year | Total Filing | Total Taxes | Total Penalty | Total Interest | Total Other | Total Paid | Total Balance |
|---|---|---|---|---|---|---|---|
| 2008 | .00 | 675.00 | .00 | .00 | .00 | .00 | 675.00 |
| 2007 | .00 | 464.18 | 100.00 | 25.38 | .00 | .00 | 589.56 |

Go Back

Go Back to Search

About LexisNexis | Terms and Conditions | Change Password
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.
Delaware graphic courtesy of The General Libraries, The University of Texas at Austin.

# Entity Details

| | | | |
|---|---|---|---|
| File Number: | 4340504 | Incorporation Date / Formation Date: | 04/25/2007 (mm/dd/yyyy) |
| Entity Name: | EP-TEAM, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | AR DELINQUENT, TAX DUE | Status Date: | 03/02/2008 |

## TAX INFORMATION

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | NO REPORTS ON FILE | Tax Due: | $ 589.56 |
| Annual Tax Assessment: | $ 464.18 | Total Authorized Shares: | 100,000 |

## REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE STREET | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (302)658-7581 | | |

## FILING HISTORY (Last 5 Filings)

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0250S | Merger; Survivor | 3 | 05/08/2007 | 14:33 | 05/15/2007 |
| 2 | 0102S | Incorp Delaware Stock Co. | 1 | 04/25/2007 | 12:14 | 04/25/2007 |

Back to Entity Search

To contact a Delaware Online Agent click here.