07 Civ. 8813 (RWS)


DECLARATION OF
JOHN A. ORZEL IN OPPOSITION TO DEFENDANT'S M OTION TO
VACATE
MARITIME ATTACHMENT


*Exhibit I*

Case 1:07-cv-08813-RWS   Document 24-10   Filed 05/16/2008   Page 2 of 12

D&B Comprehensive Report: EP-TEAM, INC                    file:///W:/2064-2/051408_D&B%20Comprehensive%20Report%20E..



# Comprehensive Report

🖨 Print this Report

ATTN: **LexisNexis**                             Report Printed: MAY 14 2008

# Overview

**BUSINESS SUMMARY**

**EP-TEAM, INC**
3700 Forums Dr Ste 201
Flower Mound, TX 75028

**D&B D-U-N-S Number:**   18-628-4530

**Rating Change**

This is a **single** location.

| | |
|---|---|
| **Telephone:** | 972 691-1015 |
| **Chief executive:** | DAVID PULK, PRESIDENT |
| **Year started:** | 2004 |
| **Management control:** | 2005 |
| **Employs:** | 2 |
| **History:** | CLEAR |
| **SIC:** | 4731 |
| **Line of business:** | Freight forwarding |

**Credit Score Class:** **1**
Low risk of severe payment delinquency over next 12 months



**Financial Stress Class:** **1**
Low risk of severe financial stress over the next 12 months

**12-Month D&B PAYDEXÂ®: 80**
When weighted by dollar amount, payments to suppliers average generally within terms.



| | |
|---|---|
| **D&B Rating:** | **2R3**<br>Formerly ERN |
| **Number of employees:** | 2R is **1 to 9** employees. |
| **Composite credit appraisal:** | 3 is **fair**. |



**EXECUTIVE SUMMARY**

Case 1:07-cv-08813-RWS   Document 24-10   Filed 05/16/2008   Page 3 of 12

D&B Comprehensive Report: EP-TEAM, INC                          file:///W:/2064-2/051408_D&B%20Comprehensive%20Report%20E...

The **Financial Stress Class of 1** for this company shows that firms with this classification had a failure rate of 1.2% (120 per 10,000), which is lower than the average of businesses in D&B's database

The **Credit Score class of 1** for this company shows that 2.0% of firms with this classification paid one or more bills severely delinquent, which is lower than the average of businesses in D&B's database.

| Predictive Scores | This Business | Comments |
|---|---|---|
| **Financial Stress Class** | 1 | Failure Rate lower than the average of businesses in D&B's database |
| **Financial Stress Score** | 1382 | Highest Risk: 1,001; Lowest Risk: 1,875 |
| **Credit Score Class** | 1 | Probability of Severely Delinquent Payment is lower than the average of businesses in D&B's database |
| **Credit Score** | 547 | Highest Risk: 101; Lowest Risk: 670 |
| **Other Key Indicators** | | |
| **PAYDEX Scores** | generally within terms | Pays more promptly than the average for its industry of 2 days beyond terms |
| **Industry Median** | 2 days beyond terms | |
| **Present management control** | 3 years | |
| **UCC Filings** | UCC filing(s) are not reported for this business | |
| **Public Filings** | No record of open Suit(s), Lien(s), or Judgment(s) in the D&B database | |
| **History** | Is clear | |

### CREDIT CAPACITY SUMMARY

**D&B Rating:** 2R3
  **Number of employees:** 2R indicates **1 to 9** employees.
  **Composite credit appraisal:** 3 is **fair**.

The 1R and 2R ratings categories reflect company size based on the total number of employees for the business. They are assigned to business files that do not contain a current financial statement. In 1R and 2R Ratings, the 2, 3, or 4 creditworthiness indicator is based on analysis by D&B of public filings, trade payments, business age and other important factors. 2 is the highest Composite Credit Appraisal a company not supplying D&B with current financial information can receive. For more information, see the D&B Rating Key.

| # of Employees Total: | 2 | **Payment Activity:** (based on 6 experiences) | |
|---|---|---|---|
| | | **Average High Credit:** | $1,850 |
| | | **Highest Credit:** | $7,500 |
| | | **Total Highest Credit:** | $9,250 |

Jump to:

Overview | Payments | Public Filings | History & Operations | Banking & Finance

## Scores ☑ D&B EXCLUSIVE

### FINANCIAL STRESS SUMMARY

The Financial Stress Summary Model predicts the likelihood of a firm ceasing business without paying all creditors in full, or reorganization or obtaining relief from creditors under state/federal law over the next 12 months. Scores were calculated using a statistically valid model derived from D&B's extensive data files.

Case 1:07-cv-08813-RWS   Document 24-10   Filed 05/16/2008   Page 4 of 12

D&B Comprehensive Report: EP-TEAM, INC                                          file:///W:/2064-2/051408_D&B%20Comprehensive%20Report%20E...

**Financial Stress Class: 1**



Low risk of severe financial stress, such as a bankruptcy, over the next 12 months.

**Incidence of Financial Stress**

Among Businesses with this Class:           1.20% (120 per 10,000)
Average of Businesses in D&B's Database:    2.60% (260 per 10,000)

**Financial Stress National Percentile: 54** (Highest Risk: 1; Lowest Risk: 100)

**Financial Stress Score: 1382** (Highest Risk: 1,001; Lowest Risk: 1,875)

The Financial Stress Score of this business is based on the following factors:

- Payment information in the D&B files indicates no slow payment(s) nor negative comment(s).
- No record of open suit(s), lien(s), or judgment(s) in the D&B files.

**Notes:**

- The Financial Stress Class indicates that this firm shares some of the same business and financial characteristics of other companies with this classification. It does not mean the firm will necessarily experience financial stress.
- The Incidence of Financial Stress shows the percentage of firms in a given Class that discontinued operations with loss to creditors. The Average Incidence of Financial Stress is based on businesses in D&B's database and is provided for comparative purposes.
- The Financial Stress National Percentile reflects the relative ranking of a company among all scorable companies in D&B's file.
- The Financial Stress Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.
- All Financial Stress Class, Percentile, Score and Incidence statistics are based on sample data from 2004.



| Norms | National % |
|---|---|
| This Business | 54 |
| Region: WEST SOUTH CENTRAL | 47 |
| Industry: INFRASTRUCTURE | 49 |
| Employee Range: 1-9 | 38 |
| Years in Business: 3-5 | 42 |

Region=WEST SOUTH CENTRAL
Industry=INFRASTRUCTURE
Employee Range=1-9
Years in Business=3-5

This business has a Financial Stress Percentile that shows:

- Lower risk than other companies in the same region.

Case 1:07-cv-08813-RWS     Document 24-10     Filed 05/16/2008     Page 5 of 12

D&B Comprehensive Report: EP-TEAM, INC                                  file:///W:/2064-2/051408_D&B%20Comprehensive%20Report%20E...

- Lower risk than other companies in the same industry.
- Lower risk than other companies in the same employee size range.
- Lower risk than other companies with a comparable number of years in business.

## CREDIT SCORE CLASS SUMMARY

The Credit Score Class predicts the likelihood of a firm paying in a severely delinquent manner (90+ Days Past Terms) over the next twelve months. It was calculated using statistically valid models and the most recent payment information in D&B's files.

**Credit Score Class: 1** 

Low risk of severe payment delinquency over next 12 months.

### Incidence of Delinquent Payment

Among Companies with this Class:              2.00%
Average Compared to Businesses in D&B's Database: 20.10%

**Credit Score Percentile: 92** (Highest Risk: 1; Lowest Risk: 100)

**Credit Score: 547** (Highest Risk: 101; Lowest Risk: 670)

The Credit Score of this business is based on the following factors:

- Payment information in the D&B files indicates no slow payment(s) nor negative comment(s).
- No record of open suit(s), lien(s), or judgment(s) in the D&B files.

Notes:

- The Credit Score Class indicates that this firm shares some of the same business and payment characteristics of other companies with this classification. It does not mean the firm will necessarily experience delinquency.
- The Incidence of Delinquent Payment is the percentage of companies with this classification that were reported 90 days past due or more by creditors. The calculation of this value is based on an inquiry weighted sample.
- The Percentile ranks this firm relative to other businesses. For example, a firm in the 80th percentile has a lower risk of paying in a severely delinquent manner than 79% of all scorable companies in D&B's files.
- The Credit Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.
- All Credit Class, Percentile, Score and Incidence statistics are based on sample data from 2004.

Case 1:07-cv-08813-RWS   Document 24-10   Filed 05/16/2008   Page 6 of 12

D&B Comprehensive Report: EP-TEAM, INC            file:///W:/2004-2/051408_D&B%20Comprehensive%20Report%20E...

| Norms | National % |
|---|---|
| This Business | 92 |
| Region: **WEST SOUTH CENTRAL** | 47 |
| Industry: **INFRASTRUCTURE** | 42 |
| Employee Range: **1-9** | 58 |
| Years in Business: **3-5** | 50 |

This business has a Credit Score Percentile that shows:

- Lower risk than other companies in the same region.
- Lower risk than other companies in the same industry.
- Lower risk than other companies in the same employee size range.
- Lower risk than other companies with a comparable number of years in business.

Jump to:

Overview | Scores | Public Filings | History & Operations | Banking & Finance

# Payments ☑ D&B EXCLUSIVE

**PAYMENT TRENDS**

| | | | | |
|---|---|---|---|---|
| **Total Payment Experiences in D&B's File:** | 6 | **Current PAYDEX is:** | 80 | equal to generally within terms |
| **Payments Within Terms:** (not dollar weighted) | 100% | **Industry Median is:** | 79 | equal to 2 days beyond terms |
| **Total Placed For Collection:** | 0 | **Payment Trend currently is:** | ⟷ | **unchanged**, compared to payments three months ago |
| **Average Highest Credit:** | $1,850 | | | |
| **Largest High Credit:** | $7,500 | | | |
| **Highest Now Owing:** | $500 | | | |
| **Highest Past Due:** | $0 | | | |

Indications of slowness can be the result of dispute over merchandise, skipped invoices, etc. Accounts are sometimes placed for collection even though the existence or amount of the debt is disputed.

**PAYDEX Scores**

Shows the D&B PAYDEX scores as calculated on the most recent 3 months and 12 months of payment experiences.

The D&B PAYDEX is a unique, dollar weighted indicator of payment performance based on up to payment experiences as reported to D&B by trade references. A detailed explanation of how to read and interpret PAYDEX scores can be found at the end of this report.

### 12-Month D&B PAYDEX: 80

When weighted by dollar amount, payments to suppliers average generally within terms.



Based on payments collected over last 12 months.

**PAYDEX Yearly Trend**

**12 Month PAYDEX Scores Comparison to Industry**

|  | 6/07 | 7/07 | 8/07 | 9/07 | 10/07 | 11/07 | 12/07 | 1/08 | 2/08 | 3/08 | 4/08 | 5/08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This Business | UN | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 |
| **Industry Quartiles** | | | | | | | | | | | | |
| Upper | 80 | | | 80 | | | 80 | | | 80 | | |
| Median | 77 | | | 78 | | | 78 | | | 79 | | |
| Lower | 66 | | | 66 | | | 66 | | | 68 | | |

Shows the trend in D&B PAYDEX scoring over the past 12 months.



**Last 12 Months**

Based on payments collected over the last 12 months.

- Current PAYDEX for this Business is 80, or equal to generally within terms
- The 12-month high is **80**, or equal to generally within terms
- The 12-month low is **unavailable**

**PAYDEX Comparison to Industry**

Shows PAYDEX scores of this Business compared to the Primary Industry from each of the last four quarters. The Primary Industry is Freight forwarding, based on SIC code 4731.

**Quarterly PAYDEX Scores Comparison to Industry**

| Previous Year | 6/06 | 9/06 | 12/06 | 3/07 | Current Year | 6/07 | 9/07 | 12/07 | 3/08 |
|---|---|---|---|---|---|---|---|---|---|
| This Business | UN | UN | UN | UN | This Business | UN | 80 | 80 | 80 |
| Industry Quartiles | | | | | Industry Quartiles | | | | |
| Upper | 80 | 80 | 80 | 80 | Upper | 80 | 80 | 80 | 80 |
| Median | 76 | 76 | 76 | 77 | Median | 77 | 78 | 78 | 79 |
| Lower | 64 | 65 | 65 | 66 | Lower | 66 | 66 | 66 | 68 |



**Last 12 Months**

Based on payments collected over the last 4 quarters.

Score Comparison Key:    ▷ This Business    ▲ Industry upper quartile
                                              ■ Industry median
                                              ▼ Industry lower quartile

- Current **PAYDEX** for this Business is **80**, or equal to generally within terms
- The present industry **median score** is **79**, or equal to 2 days beyond terms

- Industry upper quartile represents the performance of the payers in the 75th percentile
- Industry lower quartile represents the performance of the payers in the 25th percentile

**Payment Habits**

For all payment experiences within a given amount of credit extended, shows the percent that this Business paid within terms. Provides number of experiences used to calculate the percentage, and the total dollar value of the credit extended.

| $ Credit Extended | % of Payments Within Terms | # Payment Experiences | $ Total Dollar Amount |
|---|---|---|---|

Case 1:07-cv-08813-RWS   Document 24-10   Filed 05/16/2008   Page 9 of 12

D&B Comprehensive Report: EP-TEAM, INC                    file:///W:/2064-2/051406_D&B%20Comprehensive%20Report%20E...

Based on payments collected over the last 12 months.

Payment experiences reflect how bills are met in relation to the terms granted. In some instances, payment beyond terms can be the result of disputes over merchandise, skipped invoices, etc.

## PAYMENT SUMMARY

The Payment Summary section reflects payment information in D&B's file as of the date of this report.

There are 6 payment experiences in D&B's file for the most recent 12 months, with 1 experiences reported during the last three month period.

Below is an overview of the company's dollar-weighted payments, segmented by its suppliers' primary industries:

|  | Total Rcv'd (#) | Total Dollar Amts ($) | Largest High Credit ($) | Within Terms (%) | Days Slow <31 (%) | 31-60 | 61-90 | 90> |
|---|---|---|---|---|---|---|---|---|
| **Top industries:** | | | | | | | | |
| Public finance | 1 | 7,500 | 7,500 | 100 | 0 | 0 | 0 | 0 |
| Ret mail-order house | 1 | 500 | 500 | 100 | 0 | 0 | 0 | 0 |
| Nonclassified | 1 | 500 | 500 | 100 | 0 | 0 | 0 | 0 |
| Radiotelephone commun | 1 | 500 | 500 | 100 | 0 | 0 | 0 | 0 |
| Air courier service | 1 | 250 | 250 | 100 | 0 | 0 | 0 | 0 |
| Misc publishing | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Other payment categories:** | | | | | | | | |
| Cash experiences | 0 | 0 | 0 | | | | | |
| Payment record unknown | 0 | 0 | 0 | | | | | |
| Unfavorable comments | 0 | 0 | 0 | | | | | |
| **Placed for collections:** | | | | | | | | |
| With D&B | 0 | 0 | 0 | | | | | |
| Other | 0 | N/A | 0 | | | | | |
| Total in D&B's file | 6 | | 7,500 | | | | | |

The highest **Now Owes** on file is $500 The highest **Past Due** on file is $0

Accounts are sometimes placed for collection even though the existence or amount of the debt is disputed. Indications of slowness can be result of dispute over merchandise, skipped invoices, etc.

## PAYMENT DETAILS

Case 1:07-cv-08813-RWS    Document 24-10    Filed 05/16/2008    Page 10 of 12

D&B Comprehensive Report: EP-TEAM, INC                                        file:///W:/2064-2/051408_D&B%20Comprehensive%20Report%20E...

Detailed payment history

| Date Reported (mm/yy) | Paying Record | High Credit ($) | Now Owes ($) | Past Due ($) | Selling Terms | Last Sale Within (months) |
|---|---|---|---|---|---|---|
| 04/08 | Ppt | 500 | 0 | 0 | | 1 mo |
| 11/07 | Ppt | 500 | 500 | | N30 | 1 mo |
| 10/07 | Ppt | 0 | 0 | 0 | | 1 mo |
| 08/07 | Ppt | 7,500 | | | | 1 mo |
| 07/07 | Ppt | 500 | 500 | 0 | | 1 mo |
| 03/07 | Ppt | 250 | 250 | 0 | | 1 mo |

Each experience shown is from a separate supplier. Updated trade experiences replace those previously reported.

Jump to:

Overview   |   Scores   |   Payments   |   History & Operations   |   Banking & Finance

## Public Filings

**PUBLIC FILINGS**

A check of D&B's public records database indicates that no filings were found for EP-TEAM, INC at 3700 Forums Dr Ste 201, Flower Mound TX.

D&B's extensive database of public record information is updated daily to ensure timely reporting of changes and additions. It includes business-related suits, liens, judgments, bankruptcies, UCC financing statements and business registrations from every state and the District of Columbia, as well as select filing types from Puerto Rico and the U.S. Virgin Islands.

D&B collects public records through a combination of court reporters, third parties and direct electronic links with federal and local authorities. Its database of U.S. business-related filings is now the largest of its kind.

**GOVERNMENT ACTIVITY**

**Activity summary**
- Borrower (Dir/Guar): NO
- Administrative debt: NO
- Contractor: NO
- Grantee: NO
- Party excluded from federal program(s): NO

**Possible candidate for socio-economic program consideration**
- Labor surplus area: N/A
- Small Business: YES (2008)
- 8(A) firm: N/A

The details provided in the Government Activity section are as reported to Dun & Bradstreet by the federal government and other sources.

Jump to:

Overview   |   Scores   |   Payments   |   Public Filings   |   Banking & Finance

## History & Operations

Case 1:07-cv-08813-RWS    Document 24-10    Filed 05/16/2008    Page 11 of 12

D&B Comprehensive Report: EP-TEAM, INC                    file:///W:/2064-2/051408_D&B%20Comprehensive%20Report%20E...

## HISTORY

The following information was reported **09/12/2007**:

**Officer(s):**    DAVID PULK, PRESIDENT

**DIRECTOR(S):**   THE OFFICER(S)

On September 11, 2007, a check with Texas Secretary of State indicated no corporate charter under the business name EP-Team, Inc.

Business started 2004. Present control succeeded 2005. 100% of capital stock is owned by David Pulk.

DAVID PULK. Work history unknown.

## OPERATIONS

09/12/2007

**Description:** Engaged in freight forwarding (100%).

ADDITIONAL TELEPHONE NUMBER(S): Facsimile (Fax) 972 691-1014.

Terms are cash, check or credit card and net 10 days. Sells to manufacturers, commercial concerns and government. Territory : Undetermined.

**Employees:** 2 which includes officer(s).

**Facilities:** Occupies premises in a building.

## SIC & NAICS

**SIC:**
Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.

The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

47310200        Freight forwarding

**NAICS:**
488510   Freight Transportation Arrangement

Jump to:

Overview    |    Scores    |    Payments    |    Public Filings    |    History & Operations

## Banking & Finance

### KEY BUSINESS RATIOS

D&B has been unable to obtain sufficient financial information from this company to calculate business ratios. Our check of additional outside sources also found no information available on its financial performance.
To help you in this instance, ratios for other firms in the same industry are provided below to support your analysis of this business.

Case 1:07-cv-08813-RWS   Document 24-10   Filed 05/16/2008   Page 12 of 12

D&B Comprehensive Report: EP-TEAM, INC                                                    file:///W:/2064-2/051408_D&B%20Comprehensive%20Report%20E..

Based on this number of establishments: 16

### Industry Norms based on 16 establishments

|  | This Business | Industry Median | Industry Quartile |
|---|---|---|---|
| **Profitability** | | | |
| Return on Sales | UN | 2.2 | UN |
| Return on Net Worth | UN | 16.0 | UN |
| **Short-Term Solvency** | | | |
| Current Ratio | UN | 2.4 | UN |
| Quick Ratio | UN | 2.2 | UN |
| **Efficiency** | | | |
| Assets Sales | UN | 20.7 | UN |
| Sales / Net Working Capital | UN | 12.8 | UN |
| **Utilization** | | | |
| Total Liabs / Net Worth | UN | 78.5 | UN |

UN = Unavailable

**FINANCE**

**09/12/2007**

On September 10, 2007, Kevin Rottinghaus, Manager, confirmed company name, address, principals and operational information using Dun & Bradstreet's Internet-based update method (eUpdate) at www.dnb.com.

As of September 12 2007 a search of Dun & Bradstreets Public Record database found no open suits, liens, judgements or UCCs to which EP-Team, Inc at 3700 Forums Dr Ste 201, Flower Mound TX was named defendant or debtor. Public records received hereafter will be entered into the database and will be included in reports which contain a Public Filings section.

**CUSTOMER SERVICE**

If you need any additional information or have any questions, please call the D&B Online Customer Customer Service Center at 1-800-234-3867