**07 Civ. 8813 (RWS)**

**DECLARATION OF
JOHN A. ORZEL IN OPPOSITION TO DEFENDANT'S M OTION TO
VACATE
MARITIME ATTACHMENT**

*Exhibit K*

Detail Information                                                                                 Page 1 of 1



**Delaware Secretary**
**of State Gateway**

This data is for information purposes only, certification can only be obtained through the Division of Corporations, or from a Delaware Registered Agent's office located within the State of Delaware.

Source Info

## *Detail Information*

Date/Time of Results: 05-14-2008 at 13:01

File Number: 4340506

Name: PROSHIPLINE, INC.

Kind: Corporation General

Residency: Domestic

Original Country:

Proclamation Date:

Bankruptcy Status:

Case Number:

Federal ID:

Registered Agent: 9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON , DE 19801

Name Type: Delaware Company

Status: AR Delinquent, Tax Due as of 03-02-2008

State of Incorp: DE

Incorp/Qualify Date: 04-25-2007

Renewal Date:

Bankruptcy Date:

Merged To:

Quarterly Filing?:

Registered Agent County: New Castle

Phone: 302-658-7581

Fax: 302-655-5049

Stock Co Flag: Stock Company

Tax Type: A/R Filing Required

Country: US

Foreign Incorporation Date:

Expiration Date:

State:

State:

Last Annual Report:

| Stock Information: | | | | | |
|---|---|---|---|---|---|
| Amendment Number: 000   Effective Date: 04-25-2007   Effective Time: 12:16 | | | | | |
| Stock Seq Number | Description | Series | Class | Authorized | Par Value |
| 1 | COMMON | | | 100,000 | .001000 |

| Filing History: | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Seq Number | Filing Year | Doc Code | Doc Code Desc | Doc Pages | Dom Pages | Doc Filing Date | Doc Filing Time | Doc Effective Date | Doc Filing Status | Co Prev Name | Merger Type |
| 1 | 2007 | 0250S | Merger; Survivor | 3 | | 05-08-2007 | 14:33 | 05-15-2007 | | | MERGER |
| 2 | 2007 | 0102S | Incorp Delaware Stock Co. | 1 | | 04-25-2007 | 12:16 | 04-25-2007 | | | |

| Tax Info: | | | | | | | |
|---|---|---|---|---|---|---|---|
| As Of Date: 05-14-2008 Tax Balance: 589.56 | | | | | | | |
| Tax Year | Total Filing | Total Taxes | Total Penalty | Total Interest | Total Other | Total Paid | Total Balance |
| 2008 | .00 | 675.00 | .00 | .00 | .00 | .00 | 675.00 |
| 2007 | .00 | 464.18 | 100.00 | 25.38 | .00 | .00 | 589.56 |

Go Back

Go Back to Search

About LexisNexis  |  Terms and Conditions  |  Change Password
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.
Delaware graphic courtesy of The General Libraries, The University of Texas at Austin.

Division of Corporations - General Information - Entity Details

Frequently Asked Questions   View Search Results   Summary of Charges   Logout

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | **4340506** | Incorporation Date / Formation Date: | **04/25/2007** (mm/dd/yyyy) |
| Entity Name: | **PROSHIPLINE, INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |
| Status: | **AR DELINQUENT, TAX DUE** | Status Date: | **03/02/2008** |

### TAX INFORMATION

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | **NO REPORTS ON FILE** | Tax Due: | **$ 589.56** |
| Annual Tax Assessment: | **$ 464.18** | Total Authorized Shares: | **100,000** |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** | | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE STREET** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **(302)658-7581** | | |

### FILING HISTORY (Last 5 Filings)

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0250S | Merger; Survivor | 3 | 05/08/2007 | 14:33 | 05/15/2007 |
| 2 | 0102S | Incorp Delaware Stock Co. | 1 | 04/25/2007 | 12:16 | 04/25/2007 |

Back to Entity Search

To contact a Delaware Online Agent click here.

5/14/2008