07 Civ. 8813 (RWS)


DECLARATION OF
JOHN A. ORZEL IN OPPOSITION TO DEFENDANT'S M OTION TO
VACATE
MARITIME ATTACHMENT

*Exhibit L*

**LexisNexis® Total Research System**

Switch Client | Preferences | Sign Off | Help

My Lexis™ | Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Transactional Advisor | Counsel Selector | Dossier | History

Source: Public Records > Find Filings > Judgments & Liens > Combined Judgments & Liens > $ Combined Judgment and Liens Filings and UCC Lien Filings
Terms: ep-team (Edit Search | Suggest Terms for My Search)

*DELAWARE SECRETARY OF STATE, UCC RECORD*

Copyright 2008 Dun & Bradstreet, Inc.

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE DELAWARE SECRETARY OF STATE \*\*\***

DELAWARE SECRETARY OF STATE, UCC RECORD

Debtors: PROSHIPLINE, INC.

**Debtor Address:** PROSHIPLINE, INC.
3340-B GREENS ROAD, SUITE 690
HOUSTON, TX 77032

Secured Parties: **EP-TEAM,** INC.

**Secured Party Address:** EP-TEAM, INC.
3700 FORUMS DRIVE, SUITE 201
FLOWER MOUND, TX 75028

**Filing Type:** INITIAL FILING

**Filing Date:** 12/14/2007

**Filing Time:** 1:07PM

**Filing Number:** 2007 4727714

Source: Public Records > Find Filings > Judgments & Liens > Combined Judgments & Liens > $ Combined Judgment and Liens Filings and UCC Lien Filings
Terms: **ep-team** (Edit Search | Suggest Terms for My Search)
View: KWIC
Date/Time: Wednesday, May 14, 2008 - 1:01 PM EDT

My Lexis™ | Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Transactional Advisor | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Off | Help

**LexisNexis**  About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.