07 Civ. 8813 (RWS)

DECLARATION OF
JOHN A. ORZEL IN OPPOSITION TO DEFENDANT'S M OTION TO
VACATE
MARITIME ATTACHMENT

*Exhibit M*



# Comprehensive Report

🖶 Print this Report

ATTN: **LexisNexis**                                      Report Printed: MAY 14 2008

## Overview

**BUSINESS SUMMARY**

**PROSHIPLINE, INC.**
3340 B Greens Rd Ste 690
Moved From: 11731 Jones Rd, Houston, Tx
Houston, TX 77032

**D&B D-U-N-S Number:**      78-223-0945

This is a **single** location.

| | |
|---|---|
| **Telephone:** | 281 227-6776 |
| **Chief executive:** | UNDETERMINED |
| **Year started:** | 2007 |
| **Employs:** | 4 |
| **History:** | INCOMPLETE |
| **SIC:** | 4731 |
| **Line of business:** | Freight transportation arrangement |

**Credit Score Class:** 3
Moderate risk of severe payment delinquency over next 12 months



**Financial Stress Class:** 2
Moderate risk of severe financial stress over the next 12 months



**D&B Rating:**                                                          --

**EXECUTIVE SUMMARY**

The **Financial Stress Class of 2** for this company shows that firms with this classification had a failure rate of 4.9% (490 per 10,000), which is 1.88 times higher than the average of businesses in D&B's database.

The **Credit Score class of 3** for this company shows that 14.3% of firms with this classification paid one or more bills severely delinquent, which is lower than the average of businesses in D&B's database.

| Predictive Scores | This Business | Comments |
|---|---|---|
| Financial Stress Class | 2 | Failure Rate 1.88 times higher than the average of businesses in D&B's database. |
| Financial Stress Score | 1306 | Highest Risk: 1,001; Lowest Risk: 1,875 |
| Credit Score Class | 3 | Probability of Severely Delinquent Payment is lower than the average of businesses in D&B's database. |

| | | |
|---|---|---|
| **Credit Score** | 474 | Highest Risk: 101; Lowest Risk: 670 |
| **Other Key Indicators** | | |
| **Industry Median** | 2 days beyond terms | |
| **Present management control** | 1 year | |
| **UCC Filings** | UCC filing(s) are reported for this business | |
| **Public Filings** | No record of open Suit(s), Lien(s), or Judgment(s) in the D&B database | |
| **History** | Is incomplete | |
| **Special Events** | Are reported for this business | |

## CREDIT CAPACITY SUMMARY

**D&B Rating:--**

The blank rating symbol should not be interpreted as indicating that credit should be denied. It simply means that the information available to D&B does not permit us to classify the company within our rating key and that further enquiry should be made before reaching a decision. Some reasons for using a "-" symbol include: deficit net worth, bankruptcy proceedings, insufficient payment information, or incomplete history information. For more information, see the D&B Rating Key.

| | | | |
|---|---|---|---|
| **# of Employees Total:** | 4 | **Payment Activity:** (based on 1 experiences) | |
| | | **Average High Credit:** | $1,000 |
| | | **Highest Credit:** | $1,000 |
| | | **Total Highest Credit:** | $1,000 |

## SPECIAL EVENTS

10/08/2007
Business address has changed from 11731 Jones Rd, Houston, TX, 77070 to 3340 B Greens Rd Ste 690, Houston, TX, 77032.

---

**Jump to:**

Overview   |   Payments   |   Public Filings   |   History & Operations   |   Banking & Finance

## Scores 

### FINANCIAL STRESS SUMMARY

The Financial Stress Summary Model predicts the likelihood of a firm ceasing business without paying all creditors in full, or reorganization or obtaining relief from creditors under state/federal law over the next 12 months. Scores were calculated using a statistically valid model derived from D&B's extensive data files.

**Financial Stress Class: 2**

High — Moderate — Low
5   4   3   2   1

Moderate risk of severe financial stress, such as a bankruptcy, over the next 12 months.

### Incidence of Financial Stress

Among Businesses with this Class:        4.90% (490 per 10,000)
Average of Businesses in D&B's Database:  2.60% (260 per 10,000)

**Financial Stress National Percentile:** **18** (Highest Risk: 1; Lowest Risk: 100)

**Financial Stress Score:** **1306** (Highest Risk: 1,001; Lowest Risk: 1,875)

The Financial Stress Score of this business is based on the following factors:

- Payment information in the D&B files indicates no slow payment(s) nor negative comment(s).
- No record of open suit(s), lien(s), or judgment(s) in the D&B files.

**Notes:**

- The Financial Stress Class indicates that this firm shares some of the same business and financial characteristics of other companies with this classification. It does not mean the firm will necessarily experience financial stress.
- The Incidence of Financial Stress shows the percentage of firms in a given Class that discontinued operations with loss to creditors. The Average Incidence of Financial Stress is based on businesses in D&B's database and is provided for comparative purposes.
- The Financial Stress National Percentile reflects the relative ranking of a company among all scorable companies in D&B's file.
- The Financial Stress Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.
- All Financial Stress Class, Percentile, Score and Incidence statistics are based on sample data from 2004.



| Norms | National % |
|---|---|
| This Business | 18 |
| Region: WEST SOUTH CENTRAL | 47 |
| Industry: INFRASTRUCTURE | 49 |
| Employee Range: 1-9 | 38 |
| Years in Business: 1-2 | 42 |

This business has a Financial Stress Percentile that shows:

- Higher risk than other companies in the same region.
- Higher risk than other companies in the same industry.
- Higher risk than other companies in the same employee size range.
- Higher risk than other companies with a comparable number of years in business.

### CREDIT SCORE CLASS SUMMARY

The Credit Score Class predicts the likelihood of a firm paying in a severely delinquent manner (90+ Days Past Terms) over the next twelve months. It was calculated using statistically valid models and the most recent payment

information in D&B's files.

**Credit Score Class: 3**

High — Moderate — Low
5  4  3  2  1

Moderate risk of severe payment delinquency over next 12 months.

**Incidence of Delinquent Payment**

Among Companies with this Class:                 14.30%
Average Compared to Businesses in D&B's Database: 20.10%

**Credit Score Percentile: 58** (Highest Risk: 1; Lowest Risk: 100)

**Credit Score: 474** (Highest Risk: 101; Lowest Risk: 670)

The Credit Score of this business is based on the following factors:

- Payment information in the D&B files indicates no slow payment(s) nor negative comment(s).
- No record of open suit(s), lien(s), or judgment(s) in the D&B files.
- Control age or date entered in D&B files indicates higher risk.

**Notes:**

- The Credit Score Class indicates that this firm shares some of the same business and payment characteristics of other companies with this classification. It does not mean the firm will necessarily experience delinquency.
- The Incidence of Delinquent Payment is the percentage of companies with this classification that were reported 90 days past due or more by creditors. The calculation of this value is based on an inquiry weighted sample.
- The Percentile ranks this firm relative to other businesses. For example, a firm in the 80th percentile has a lower risk of paying in a severely delinquent manner than 79% of all scorable companies in D&B's files.
- The Credit Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.
- All Credit Class, Percentile, Score and Incidence statistics are based on sample data from 2004.



**Financial Stress Norms Comparison (%)**

This Business: 18%
Region: 47%
Industry: 49%
Employee Range: 38%
Years in Business: 42%

Region = WEST SOUTH CENTRAL
Industry = INFRASTRUCTURE
Employee Range = 1-9
Years in Business = 1-2

| Norms | National % |
|---|---|
| This Business | 58 |
| Region: WEST SOUTH CENTRAL | 47 |
| Industry: INFRASTRUCTURE | 42 |
| Employee Range: 1-9 | 58 |
| Years in Business: 1-2 | 24 |

This business has a Credit Score Percentile that shows:

- Lower risk than other companies in the same region.
- Lower risk than other companies in the same industry.
- Similar risk compared to other companies in the same employee size range.
- Lower risk than other companies with a comparable number of years in business.

Jump to:

Overview | Scores | Public Filings | History & Operations | Banking & Finance

## Payments ☑ D&B EXCLUSIVE

**PAYMENT TRENDS**

| | | | | |
|---|---|---|---|---|
| Total Payment Experiences in D&B's File: | 1 | Current PAYDEX is: | | unavailable |
| Payments Within Terms: (not dollar weighted) | N/A | Industry Median is: | 79 | equal to 2 days beyond terms |
| Total Placed For Collection: | 0 | Payment Trend currently is: | | unavailable |
| Average Highest Credit: | $1,000 | | | |
| Largest High Credit: | $1,000 | | | |
| Highest Now Owing: | $0 | | | |
| Highest Past Due: | $0 | | | |

Indications of slowness can be the result of dispute over merchandise, skipped invoices, etc. Accounts are sometimes placed for collection even though the existence or amount of the debt is disputed.

**PAYDEX Scores**

D&B has not received a sufficient sample of payment experiences to establish a PAYDEX score.

D&B receives nearly 400 million payment experiences each year. We enter these new and updated experiences into D&B Reports as this information is received. At this time, none of those experiences relate to this company.

**PAYDEX Yearly Trend**

**12 Month PAYDEX Scores Comparison to Industry**

|  | 1/ | 2/ | 3/ | 4/ | 5/ | 6/ | 7/ | 8/ | 9/ | 10/ | 11/ | 12/ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This Business | UN | UN | UN | UN | UN | UN | UN | UN | UN | UN | UN | UN |
| Industry Quartiles | | | | | | | | | | | | |
| Upper | | | 80 | | | 80 | | | 80 | | | 80 |
| Median | | | 79 | | | 77 | | | 78 | | | 78' |
| Lower | | | 68 | | | 66 | | | 66 | | | 66 |

Shows the trend in D&B PAYDEX scoring over the past 12 months.



**Last 12 Months**

Based on payments collected over the last 12 months.

- Current PAYDEX for this Business is unavailable.

**PAYDEX Comparison to Industry**

Shows PAYDEX scores of this Business compared to the Primary Industry from each of the last four quarters. The Primary Industry is Freight transportation arrangement, based on SIC code 4731.

**Quarterly PAYDEX Scores Comparison to Industry**

| Previous Year | 6/06 | 9/06 | 12/06 | 3/07 | Current Year | 6/07 | 9/07 | 12/07 | 3/08 |
|---|---|---|---|---|---|---|---|---|---|
| This Business | UN | UN | UN | UN | This Business | UN | UN | UN | UN |

| Industry Quartiles | | | | | Industry Quartiles | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Upper | 80 | 80 | 80 | 80 | Upper | 80 | 80 | 80 | 80 |
| Median | 76 | 76 | 76 | 77 | Median | 77 | 78 | 78 | 79 |
| Lower | 64 | 65 | 65 | 66 | Lower | 66 | 66 | 66 | 68 |



Last 12 Months

Based on payments collected over the last 4 quarters.

Score Comparison Key:  ▷ This Business
                       ▲ Industry upper quartile
                       ■ Industry median
                       ▼ Industry lower quartile

- Current **PAYDEX** for this Business is unavailable
- The present industry **median score** is **79**, or equal to 2 days beyond terms.

- Industry upper quartile represents the performance of the payers in the 75th percentile
- Industry lower quartile represents the performance of the payers in the 25th percentile

**Payment Habits**

For all payment experiences within a given amount of credit extended, shows the percent that this Business paid within terms. Provides number of experiences used to calculate the percentage, and the total dollar value of the credit extended.

| $ Credit Extended | % of Payments Within Terms | # Payment Experiences | $ Total Dollar Amount |
|---|---|---|---|

| | | |
|---|---|---|
| Over 100,000 | 0% | 0 $0 |
| 50,000-100,000 | 0% | 0 $0 |
| 15,000-49,999 | 0% | 0 $0 |
| 5,000-14,999 | 0% | 0 $0 |
| 1,000-4,999 | 0% | 0 $0 |
| Under 1,000 | 0% | 0 $0 |

0%          50%          100%

Based on payments collected over the last 12 months.

Payment experiences reflect how bills are met in relation to the terms granted. In some instances, payment beyond terms can be the result of disputes over merchandise, skipped invoices, etc.

**PAYMENT SUMMARY**

D&B has not received a sufficient sample of payment experiences to establish a PAYDEX score.

The Payment Summary section reflects payment information in D&B's file as of the date of this report.

There are 1 payment experiences in D&B's file for the most recent 12 months, with 0 experiences reported during the last three month period.

Below is an overview of the company's dollar-weighted payments, segmented by its suppliers' primary industries:

| | Total Rcv'd (#) | Total Dollar Amts ($) | Largest High Credit ($) | Within Terms (%) | Days Slow <31 (%) | 31-60 | 61-90 | 90> |
|---|---|---|---|---|---|---|---|---|
| **Top industries:** | | | | | | | | |
| Trucking non-local | 1 | 1,000 | 1,000 | 100 | 0 | 0 | 0 | 0 |
| **Other payment categories:** | | | | | | | | |
| Cash experiences | 0 | 0 | 0 | | | | | |
| Payment record unknown | 0 | 0 | 0 | | | | | |
| Unfavorable comments | 0 | 0 | 0 | | | | | |
| **Placed for collections:** | | | | | | | | |
| With D&B | 0 | 0 | 0 | | | | | |
| Other | 0 | N/A | 0 | | | | | |
| Total in D&B's file | 1 | | 1,000 | | | | | |

The highest **Now Owes** on file is $0 The highest **Past Due** on file is $0

Accounts are sometimes placed for collection even though the existence or amount of the debt is disputed. Indications of slowness can be result of dispute over merchandise, skipped invoices, etc.

**PAYMENT DETAILS**

**Detailed payment history**

| Date Reported (mm/yy) | Paying Record | High Credit ($) | Now Owes ($) | Past Due ($) | Selling Terms | Last Sale Within (months) |
|---|---|---|---|---|---|---|
| 01/08 | Ppt | 1,000 | 0 | 0 | | 6-12 mos |

Each experience shown is from a separate supplier. Updated trade experiences replace those previously reported.

Jump to:
Overview | Scores | Payments | History & Operations | Banking & Finance

# Public Filings

### PUBLIC FILINGS

The following data includes both open and closed filings found in D&B's database on the subject company.

| Record Type | # of Records | Most Recent Filing Date |
|---|---|---|
| Bankruptcy Proceedings | 0 | - |
| Judgments | 0 | - |
| Liens | 0 | - |
| Suits | 0 | - |
| UCC's | 1 | 12/14/2007 |

The following Public Filing data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

### UCC FILINGS

| | |
|---|---|
| Collateral: | Inventory including proceeds and products - Accounts receivable including proceeds and products - Account(s) including proceeds and products - Vehicles including proceeds and products - and OTHERS |
| Type: | Original |
| Sec. party: | EP-TEAM, INC., FLOWER MOUND, TX |
| Debtor: | PROSHIPLINE, INC. |
| Filing number: | 2007 4727714 |
| Filed with: | SECRETARY OF STATE/UCC DIVISION, DOVER, DE |
| Date filed: | 12/14/2007 |
| Latest Info Received: | 01/11/2008 |

The public record items contained in this report may have been paid, terminated, vacated or released prior to the date this report was printed.

### GOVERNMENT ACTIVITY

**Activity summary**
- Borrower (Dir/Guar): NO
- Administrative debt: NO
- Contractor: NO
- Grantee: NO
- Party excluded from federal program(s): NO

**Possible candidate for socio-economic program consideration**
- Labor surplus area: N/A
- Small Business: YES (2008)
- 8(A) firm: N/A

The details provided in the Government Activity section are as reported to Dun & Bradstreet by the federal government and other sources.

Jump to:

Overview | Scores | Payments | Public Filings | Banking & Finance

## History & Operations

### HISTORY

The following information was reported **10/08/2007**:

**Officer(s):**      UNDETERMINED

**DIRECTOR(S):**     THE OFFICER(S)

This is a Corporation formed in the State of Delaware on April 25, 2007.

Stock ownership is undetermined.

Business started 2007. 100% of capital stock is owned by officers.

UNDETERMINED. 2007-present active here.

Business address has changed from 11731 Jones Rd, Houston, TX, 77070 to 3340 B Greens Rd Ste 690, Houston, TX, 77032.

### BUSINESS REGISTRATION

CORPORATE AND BUSINESS REGISTRATIONS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE AS OF JUN 05 2007:

**Registered Name:**     PROSHIPLINE, INC.

**Business type:**          CORPORATION
**Corporation type:**       NOT AVAILABLE
**Date incorporated:**      APR 25 2007
**State of incorporation:** DELAWARE
**Filing date:**            APR 25 2007
**Registration ID:**        4340506
**Status:**                 STATUS NOT AVAILABLE

**Where filed:**         SECRETARY OF STATE/CORPORATIONS DIVISION, DOVER, DE

**Registered agent:**    THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE, 198010000

### OPERATIONS

10/08/2007

**Description:** Operates as a provider of freight transportation arrangement, specialized in freight forwarding (100%).

Terms are undetermined. Sells to undetermined. Territory : undetermined.

**Employees:** 4.

**Facilities:** Occupies premises in a building.

**SIC & NAICS**

**SIC:**
Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.

The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

47310200    Freight forwarding

**NAICS:**
488510  Freight Transportation Arrangement

Jump to:
Overview  |  Scores  |  Payments  |  Public Filings  |  History & Operations

# Banking & Finance

**KEY BUSINESS RATIOS**

D&B has been unable to obtain sufficient financial information from this company to calculate business ratios. Our check of additional outside sources also found no information available on its financial performance.
To help you in this instance, ratios for other firms in the same industry are provided below to support your analysis of this business.

Based on this number of establishments: 16

### Industry Norms based on 16 establishments

|  | This Business | Industry Median | Industry Quartile |
|---|---|---|---|
| **Profitability** | | | |
| Return on Sales | UN | 2.2 | UN |
| Return on Net Worth | UN | 16.0 | UN |
| **Short-Term Solvency** | | | |
| Current Ratio | UN | 2.4 | UN |
| Quick Ratio | UN | 2.2 | UN |
| **Efficiency** | | | |
| Assets Sales | UN | 20.7 | UN |
| Sales / Net Working Capital | UN | 12.8 | UN |
| **Utilization** | | | |
| Total Liabs / Net Worth | UN | 78.5 | UN |

UN = Unavailable

**FINANCE**

10/08/2007

On October 8, 2007, inside sources confirmed the operations and location of the business.

**Incomplete history caption has been applied due to the following factors**
--Stock ownership has not been clearly established. --Identification of business principals is lacking.

As of October 8 2007 a search of Dun & Bradstreets Public Record database found no open suits, liens, judgements or UCCs to which Proshipline, Inc. at 3340 B Greens Rd Ste 690, Houston TX was named defendant or debtor. Public records received hereafter will be entered into the database and will be included in reports which contain a Public Filings section.

**CUSTOMER SERVICE**

If you need any additional information or have any questions, please call the D&B Online Customer Customer Service Center at 1-800-234-3867