07 Civ. 8813 (RWS)

DECLARATION OF
JOHN A. ORZEL IN OPPOSITION TO DEFENDANT'S M OTION TO
VACATE
MARITIME ATTACHMENT

*Exhibit N*

**LexisNexis® Total Research System**

Switch Client | Preferences | Sign Off | ? Help

My Lexis™ | Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Transactional Advisor | Counsel Selector | Dossier | History

Source: Public Records > Find a Business > State Group Files > $ TX Public Records, Combined
Terms: proshipline (Edit Search | Suggest Terms for My Search)

⇐Select for FOCUS™ or Delivery

*TEXAS FICTITIOUS BUSINESS NAMES*

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

**CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE ISSUING GOVERNMENT AGENCY**

TEXAS FICTITIOUS BUSINESS NAMES

**DBA Name:** PROSHIPLINE INC

**Business Address:**
3340 GREENS RD # 690
HOUSTON, TX 77032-2369

**Telephone:** (281) 227-6776

**Type:** DBA

**Filing Date:** 6/29/2007

**County:** HARRIS

**Business Description:** EXPORTERS (WHOL)

**Contact Name:** JESSIE BAIZA

**Industry Classification Code:** 509901

Source: Public Records > Find a Business > State Group Files > $ TX Public Records, Combined
Terms: proshipline (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Sunday, May 11, 2008 - 4:07 PM EDT

My Lexis™ | Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Transactional Advisor | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Off | Help

LexisNexis® About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.