07 Civ. 8813 (RWS)


DECLARATION OF
JOHN A. ORZEL IN OPPOSITION TO DEFENDANT'S M OTION TO
VACATE
MARITIME ATTACHMENT


*Exhibit S*

# DeOrchis & Partners, LLP

*Attorneys and Proctors in Admiralty*

61 Broadway, 26th Floor
New York, New York 10006-2802

Telephone: (212) 344-4700
Telefax:    (212) 422-5299
www.marinelex.com

*Florida Office:*
2650 Biscayne Blvd.
Miami, FL 33137
(305) 571-9200

*Connecticut Office:*
24 Hoyt Street
Stamford, CT 06905
(203) 348-5846

*New Jersey Office:*
1495 Morris Avenue
Union, NJ 07083
(973) 467-4740

*Massachusetts Office:*
Routes 28 & 137, P.O. 186
South Chatham, MA 02659
(508) 432-4715

May 15, 2008

John A. Orzel, Partner
jorzel@marinelx.com

*Via E-Mail:* JSullivan@hillrivkins.com

Hill Rivkins & Hayden, LLP.
45 Broadway, Suite 1500
New York, New York 10006

Attn:  John J. Sullivan, Esq.

Re:  Aspen Infrastructures, Ltd. v.
     EP-Team, Inc.
     **07 Civ. 8813 (RWS)**
     Our File:   2064-2

Dear Mr. Sullivan:

Please find attached hereto a notice received from Messrs. Rawle & Henderson, counsel representing JP Morgan Chase Bank, advising that an electronic fund transfer addressed to EP-Team c/o Intral, Inc., was restrained yesterday, pursuant to the writ of maritime attachment issued by the Court in the above captioned matter.

Please consider this notice as required by Local Admiralty Rule B.2 of the Local Rules of Civil Procedure of the United States District Court for the Southern District of New York.

In the event that you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,
DE ORCHIS & PARTNERS, LLP.

By _____
   John A. Orzel

Enc.

# RAWLE & HENDERSON



CARL D. BUCHHOLZ, III
215-575-4235
CBUCHHOLZ@RAWLE.COM

KEVIN L. MCGEE
215-575-4431
KMCGEE@RAWLE.COM

THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

WWW.RAWLE.COM

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

May 14, 2008

*Via Email: jorzel@marinelex.com*
John A. Orzel, Esquire
DeOrchis & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802

Re: Aspen Infrastructures Ltd. f/k/a Suzlon Infrastructures Ltd. v. E.P. Team, Inc.
Docket No.: SDNY: 07-8813
Our File No.: 444,218-418

Dear Mr. Orzel:

Pursuant to a writ of maritime attachment served by you on JPMorgan Chase Bank on behalf of Aspen Infrastructures Ltd. f/k/a Suzlon Infrastructures Ltd., funds in the amount of $17,807.34, being wire transferred through the Bank to EP-Team Inc. c/o Intral, Inc. were restrained on May 14, 2008.

Also, pursuant to Local Admiralty Rule B.2 of the Local Rules of Civil Procedure of the United States District Court for the Southern District of New York, please notify defendant of the restraint of these funds and provide the undersigned with confirmation of the notification.

If you have any additional questions regarding the restrained funds, please give me call.

Very truly yours,

RAWLE & HENDERSON LLP

By: Carl D. Buchholz, III
Kevin L. McGee

CDB/KLM/sam

cc: Teresa Goldberg, Esquire – **Via Email:** teresa.j.goldberg@chase.com
Mr. Norberto B. Bonga – **Via Email:** Norberto.B.Bonga@jpmchase.com
Ms. Johnette Reid – **Via Email:** Johnette.Reid@jpmchase.com

2412522-1