07 Civ. 8813 (RWS)


DECLARATION OF
JOHN A. ORZEL IN OPPOSITION TO DEFENDANT'S MOTION TO
VACATE
MARITIME ATTACHMENT


*Exhibit T*

The Journal of Commerce

# 2008
## TRANSPORTATION TELEPHONE
# TICKLER
www.tickleronline.com

National Edition Volume III — Houston, TX to North Bay, ON, CN

Import · Export · Transport Expert
*Dependable. From Start to Finish.*

**DHX** — Dependable Hawaiian Express
**DGX** — Dependable Global Express
**DAX** — Dependable AirCargo Express

DGX, DAX, & DHX – Dependable Hawaiian Express, Dependable Global Express & Dependable Air Cargo Express are the trademarks of DHX – Dependable Hawaiian Express or its affiliated companies.

ISO9001-2000 Certified
www.dhx.com • www.dgxshipping.com

C-TPAT Validated

TSA Certified

## Houston, TX — III-88

**PRO PACKING, INC.**
**(EPC)(SPC)**
100 Broad Ave.
Wilmington, CA 90744 .................... (310) 513-7733
Mailing Address: P.O. Box 668
FAX: (310) 513-1177
Contact — Charlie DeMarais
E-Mail: charlie@propacking.com

ProLogis, (RE), 4448 W. 12th St., Houston, TX 77055 ........ (713) 316-0364
FAX: (713) 682-2295
Web Site: www.prologis.com
Contact — Ross Matthews
E-Mail: rmatthews@prologis.com
Corporate Headquarters: Denver, CO

ProShipLine Inc. (COM)(HL)(SBA), 3340B Greens Rd, Ste. 690, Houston, TX 77032 .... (281) 227-6776
FAX: (281) 543-1592 ........................ (303) 567-5000
Web Site: www.proshipline.com
General Manager — Jessie Baiza (Cell)
E-Mail: jessie.baiza@proshipline.com
Operations Manager — Jim Bond (Cell)
E-Mail: jim.bond@proshipline.com

PTS Inc. (see Port Technical Services, Inc.)

Public Grain Elevator (see Louis Dreyfus Corp. (Houston Export))

Quality Carriers, (SVB)(T), 9800 Bayport Blvd., Pasadena, TX 77507 .......... (817) 707-1021
24-Hour Phone ............................ (773) 998-5157
Street Address: 8820 Will Clayton Pkwy., Ste. F, Humble, TX 77338
Local Phone .............................. (281) 540-4061
FAX: (281) 540-4061
Web Site: www.qualitydistribution.com
Terminal Manager — Chris Kearns
E-Mail: ckearns@qualitydistribution.com

Quality Customs Brokers, (FFI)(CHB), P.O. Box 60873 AMF, Houston, TX 77205 .... (281) 474-3673
Import Manager — Carolyn Holley ............ (800) 526-8265
FAX: (281) 326-2844
President — Lois Escobar
Web Site: www.qic.cc

R + L Carriers, Inc. (T), 95 Oates Rd., Houston, TX 77013 ...... (888) 326-6239
Toll Free ................................. (281) 326-6239
FAX: (713) 673-5132 ....................... (713) 676-0281
Web Site: www.gorlc.com ................... (800) 856-0281
Corporate Headquarters: Wilmington, OH
Manager — Paul Klemetsen

R L S International Transport Services, Inc. (FFI)(CHB), 504 Red Bud Ln., Baytown, TX 77520 ...... (800) 543-5589
FAX: (281) 862-9008 ........................ (281) 862-9008
E-Mail: rlsint@rlsint.com
President — Robert C. Read
Web Site: www.rlsint.com

R.C. Shipping Co. Inc. (FFI)(CHB)(I), 5811 Green Terrace Ln., Houston, TX 77088-5413 .... (281) 847-2007
24-Hour Phone ............................ (281) 931-9535
FAX: (713) 448-7866
E-Mail: rcship@aol.com
Chairman of the Board/President — Romeo Chapa, CHB
Vice President — Maria Del Carmen J. Chapa

Radio Holland USA, Inc. (SEC), 8943 Gulf Fwy, Houston, TX 77014-7004 ...... (713) 378-2100
FAX: (713) 378-2101
E-Mail: rhhouston@radiohollandusa.com
Web Site: www.radiohollandusa.com

Rancas Freight Systems, Inc. (SPC)(T)(TPL), P.O. Box 266882, Houston, TX 77207 .... (713) 645-2292
FAX: (713) 645-5227

## Houston, TX — III-89

The RCS Group, (CEL)(CER)(COS)(CRR)(GWI)(SRL)(SVC)(T)(TCS)(TCY)(TRS)
1802 Hwy. 146 North, La Porte, TX 77572 ........ (281) 470-0304
FAX: (281) 470-9792
Web Site: www.rcsgroup.com
Contact — Mike Dass
E-Mail: mikedoss@rcsgroup.com ............. (800) 766-1924
Corporate Headquarters: Houston, TX
Other Locations:
California ............................... (310) 522-8805
New Jersey .............................. (973) 589-6180
South Carolina .......................... (843) 388-6832
Florida ................................. (305) 687-5093
Mexico ................................. (+52) 229-989-9502
Panama
  FAX: (+52) 229-989-9516 ................ (+507) 441-0608

RE Transportation, Inc. (TPL), 515 N. Sam Houston Pkwy. East, Ste. 345,
Houston, TX 77060 .......................... (281) 847-9467
FAX: (281) 760-0848

Redding, Rhodes & Associates, (RCC)(RSA)(TNC), P.O. Box 770065, Houston, TX 77215 .... (713) 621-6991
FAX: (713) 621-4825
Texas Investigators License: A-829
E-Mail: redass15@cs.com

Refrigerated Container Service Inc. (RCS), (CEB)(CER)(COS)(CER)(CEL)(CET)(TCR)
(TCS)(TCY), 1802 Hwy. 146 North, La Porte, TX 77571 .... (281) 470-0304
FAX: (281) 470-9792
Web Site: www.rcs.com
Sales Manager — Stan McCarty
E-Mail: legal@rhdc.com
Regional Commissioner of Customs, Southwest Region
(see United States Customs and Border Protection)

RHDC International (Corporate Headquarters), (TNC), 8100 Washington Ave., Ste. 105,
Houston, TX 77007 .......................... (713) 863-5080 (24 Hrs.)
Toll Free ................................. (731) 673-1110
FAX: (713) 869-0553 ....................... (800) 450-7432
E-Mail: legal@rhdc.com
Web Site: www.rhdc.com

Rickway Cartage, Inc. (S)(GW), P.O. Box 15580, Houston, TX 77220
E-Mail: randy@rickwaycartage.com
Web Site: www.rickwaycartage.com



**RICKMERS-LINIE**
*Around the World Project Cargo Service*

Ph: 888-Rickmers • 281-453-7500 • houston@rickmers.net • www.rickmers-linie.de

**RICKMERS-LINIE (AMERICA), INC.**
**(HL)(SBB)(SVB)(SVC)**
350 Glenborough, Ste. 180
Houston, TX 77067 ......................... (281) 453-7500
E-Mail: houston@rickmers.net
President/CEO — Jerry Nagel
General Manager, Sales — Steve Garilatos
Operations Manager - Capt. Soren Skov-Nissen
Finance and Human Resources Manager — Bill Wood
Line Manager — Pavao Kopic
Business Development Managers:
John Howard, Bertha Marin, Mark Roberts, Ron Strata, Melissa Davie
Web Site: www.rickmers-linie.de

Houston, TX                                                                 III-42

**EGYPTAIR**
(ACB)(AFF)(AFS)(ANF)(BW)(I)(TAF)(TCB)(TFS)
159-11 Rockaway Blvd.
Jamaica, NY 11434 .................................................. **(718) 656-8627**
Toll Free .......................................................................... (800) 331-7098
Other Phone ................................................................... (718) 656-8628/27
Bookings ........................................................................ Exts. 231/262/282/294/299
FAX: (718) 949-6410
Cargo Sales Manager – Joseph Scumaci ................................. Ext. 241
E-Mail: jscumaci@egyptaircargo.com

Ehrlich Enterprises, (CEA)(TNC), 2902 Thorne Creek Ln., Houston, TX 77073 .... (281) 443-4423
FAX: (281) 443-6210
Owner – Mark L. Ehrlich
E-Mail: purfing007@aol.com
Web Site: www.ehrlichpersonnel.com

El Freight (USA) Inc. (see Expeditors International of Washington, Inc.)
Elite Air Freight, (AFF), 16303 Air Center Blvd., Houston, TX 77032 ........ (281) 443-0866
FAX: (281) 443-0630
Web Site: www.elite-freight.com

Elite Brokerage Services, Inc./Elite International Transportation, Inc. (AFF)(BW)(EPC)
(FFI/CHB)(GW)(NVO), 15333 John F. Kennedy Blvd., 7th Fl.,
Houston, TX 77032 .......................................................... (281) 775-2100 (24 Hrs.)
FAX: (281) 775-2190
E-Mail: dpulgini@eliteint.com
Web Site: www.eliteint.com

EMO Trans Inc. (AFF)(FFI/CHB)(NVO), 2928B Greens Rd. Ste. 360, Houston, TX 77032 ..... (281) 590-6555
Toll Free ........................................................................ (800) 397-9630
FAX: (281) 987-9301
Other FAX: (281) 449-5755
Web Site: www.emotrans.com
Sales Manager – Brenda Darwen
Corporate Headquarters: Freeport, NY .................................. (516) 867-6800

```
┌─────────────────────────────────────────┐
│  ╔═══╗                                  │
│  ║ E ║   Empire Stevedoring (Houston) Inc. │
│  ╚═══╝   7600 Avenue "P", Berth 47/48    │
│          Southside Turning Basin          │
│          Houston, TX 77012               │
│                                           │
│   Phone: (713) 674-3768                  │
│          President: Andrew Chodos        │
│          Vice President/General Manager: Fayyaz Khan │
│                       FAX: (713) 674-3713│
└─────────────────────────────────────────┘
```

**EMPIRE STEVEDORING (HOUSTON) INC.**
(GW)(S)(TMN)
7600 Ave. P
Berth 47/48, Southside Turning Basin
Houston, TX 77012 ............................................................ **(713) 674-3768**
FAX: (713) 674-3713
President – Andrew Chodos
Vice President/General Manager – Fayyaz Khan
Other Locations:
 Montreal, QC, CN: Empire Stevedoring Co. Ltd.
 500 Place D'Armes, Ste. 2800, H2Y 2W2
 Montreal, QC, CN ........................................................... (514) 288-2221
 New Orleans, LA: Empire Stevedoring (LA) Inc.
 3027 Tchoupitoulas St., 70115
 New Orleans, LA ............................................................. (504) 896-9163
 FAX: (504) 896-9162
 General Manager – Bruce A. Wilson, Jr.

---

III-43                                                              Houston, TX

Empire Truck Lines, Inc. (Corporate Headquarters), (SPC)(T)(TCB)(TCY)(TFC)(TPL)(TRL),
10043 Wallisville Rd.,
Houston, TX 77013 ........................................................... (713) 672-7403
Toll Free ........................................................................ (800) 929-7402
FAX: (713) 671-3325
Web Site: www.empiretrucklines.com
President – Rex Acker
Chief Executive Officer – Sharon Acker
Executive Vice President – Jake Guarino
Director, Truckload Operations – Chester Loch
Rio Grande Valley Sales: Los Fresnos, TX
Other Locations:
 Irving, TX ..................................................................... (972) 870-9455
 Laredo, TX .................................................................... (956) 726-0866
 San Antonio, TX ............................................................. (210) 646-5127
 Port Allen, LA ................................................................ (225) 389-1048
 Memphis, TN .................................................................. (901) 946-3200
 Nashville, TN ................................................................. (615) 248-4004
 Oklahoma City, OK .......................................................... (918) 234-4800
 Tulsa, OK ..................................................................... (405) 948-1941

Empress Shipping Agencies, Inc. (IWB)(S)(SBA)(SVC), 1434 W. 23rd St.,
Houston, TX 77008-1612 ................................................... (713) 861-4422
FAX: (713) 861-9933
Web Site: www.empress-shipping.com
President – Adrian Dozier
Executive Vice President – Chris Volta
Representing: NAL S.A. (VO)
Office Hours: 8 a.m. to 5 p.m.
E-Mail: adozier@empress-shipping.com
E-Mail: cvolta@empress-shipping.com

Energy Freight Systems (Corporate Headquarters), (AFF), 14310 Interdrive East, Ste. 100,
Houston, TX 77032 .......................................................... (281) 442-6522
Toll Free ........................................................................ (866) 337-8797
FAX: (281) 442-6677
Web Site: www.energyfreight.com
Account Executive – Javier Pernia

Enterprise Transportation Co. (Corporate Headquarters), (T), P.O. Box 4735,
Houston, TX 77210-4324 ................................................... (713) 880-6500
Toll Free ........................................................................ (800) 333-5176
Street Address: 2707 N. Loop West, Ste. 709, 77008-1037
FAX: (713) 880-6631
Web Site: www.enterprisetransport.com
Other Houston, TX Area Locations:
 Bayton, TX: 5206 Wade Rd. 77520 ................................... (281) 424-5567
 FAX: (281) 424-1923
 La Porte, TX: 1390 Powell Rd. 77571 ................................. (281) 471-7233
 FAX: (281) 471-7536

Equipment Storage Service, (CER)(GW)(SVC)(TCY)(TES), 11643 Wallisville Rd.,
Houston, TX 77013 .......................................................... (713) 674-1082
FAX: (713) 674-9713

Ermewa Inc. (see Eurotainer USA)
Estes Express Lines, (TLT)(TFL), 7345 Roundhouse Rd., Houston, TX 77078 ... (713) 491-3777
FAX: (713) 491-3607
Web Site: www.estes-express.com
Contact – Bryson Ewing
Corporate Office: Richmond, VA
Euro Consolidated Contractors, Inc. c/o Gulfship, Inc. (S)(TMN)(TNC), 5503 Newcastle Dr.,
Bellaire, TX 77401 ........................................................... (713) 661-2992
FAX: (713) 661-7066
E-Mail: info@gulfship.net

Euro-Hub International, Inc. (FFI/CHB), 2350 N. Sam Houston Pkwy. East, Ste. 200,
Houston, TX 77032 .......................................................... (281) 445-8368
FAX: (281) 449-8377

Eurotainer USA, (SVC), 5810 Wilson Rd. Ste. 200, Houston, TX 77396 ....... (832) 300-5001
FAX: (832) 300-5050
E-Mail: sales@usa.eurotainer.com
Other Web Site: www.ermewa.com                    Web Site: www.eurotainer.com