07 Civ. 8813 (RWS)

DECLARATION OF
K. MURALITHERAPANY IN OPPOSITION TO DEFENDANT'S MOTION TO
VACATE MARITIME ATTACHMENT

*Exhibit 6*

IN THE MATTER OF AN ARBITRATION

Between

ASPEN INFRASTRUCTURES, LTD.
(FORMERLY KNOWN AS SUZLON INFRASTRUCTURE, LTD.)

... Claimant

And

EP-TEAM, INC.

... Respondent

## APPLICATION FOR PARTIAL OR INTERIM AWARD (NO. 2)

1. Pursuant to Article 32(1) of the UNCITRAL Arbitration Rules and/or Section 2 and/or Section 12(5) and/or Section 19A of the International Arbitration Act (Cap. 143A, 2002 Rev. Ed. Sing.), the Claimant hereby applies to the Tribunal for a partial or interim award in respect of the following relief:

   a) that the Respondent do forthwith provide the Claimant with all bank statements and/or a full accounting of all transactions relating to the bank account set up by ProShipLine, Inc. with the Bank of America, called the "SIL Account" and bearing No. 4880

2

          0043 9656 (hereinafter "the Impress Account"), together with all supporting documents;

   b)    that the Respondent do forthwith inform the Claimant in writing of the balance monies currently standing in the Impress Account and pay the said monies to the Claimant; and

   c)    the costs of and occasioned by this application be paid for by the Respondent to the Claimant.

The grounds for the Claimant's application are set out in the 1st Affidavit of Sanjeev Bangad to be served herein.

Dated this 7th day of March 2008.

*[signature]*

SOLICITORS FOR THE CLAIMANT
M/S JOSEPH TAN JUDE BENNY