07 Civ. 8813 (RWS)


DECLARATION OF
K. MURALITHERAPANY IN OPPOSITION TO DEFENDANT'S MOTION TO
VACATE
MARITIME ATTACHMENT


*Exhibit 7*

IN THE MATTER OF AN ARBITRATION

Between

ASPEN INFRASTRUCTURES, LTD.
(FORMERLY KNOWN AS SUZLON INFRASTRUCTURE, LTD.)

... Claimant

And

EP-TEAM, INC.

... Respondent

## APPLICATION FOR PARTIAL OR INTERIM AWARD (NO. 3)

1. Pursuant to Article 32(1) of the UNCITRAL Arbitration Rules and/or Section 2 and/or Section 12(5) and/or Section 19A of the International Arbitration Act (Cap. 143A, 2002 Rev. Ed. Sing.), the Claimant hereby applies to the Tribunal for a partial or interim award determining the following questions as preliminary issues:

   a) whether the Sales and Logistics Services Agreement dated 9 April 2006 entered into between the Claimant and the Respondent (hereinafter "the Agreement") was equitably assigned by the Respondent to ProShipLine, Inc. (hereinafter "PSL");

2

b) whether the Agreement was novated into an agreement between the Claimant and PSL;

c) whether the Claimant is estopped from disputing that PSL was its agent under the Agreement until termination thereof; and

d) the costs of this application be in the cause of the application.

The grounds for the Claimant's application are set out in the 2nd Affidavit of Sanjeev Bangad to be served herein.

Dated this 7th day of March 2008.

_____
SOLICITORS FOR THE CLAIMANT
M/S JOSEPH TAN JUDE BENNY