07 Civ. 8813 (RWS)


DECLARATION OF
K. MURALITHERAPANY IN OPPOSITION TO DEFENDANT'S MOTION TO
VACATE
MARITIME ATTACHMENT


*Exhibit 11*

## Yvonne Kwek

| | |
|---|---|
| **From:** | Murali Pany [murali@jtjb.com] |
| **Sent:** | Friday, April 25, 2008 5:23 PM |
| **To:** | 'Michael Polonsky' |
| **Cc:** | 'Carol Mulcahy'; 'Nicole Mak'; law@chauncy.co.uk; 'Yvonne Kwek' |
| **Subject:** | Arbitration: AIL v EP-Team |

Dear Mr Polonsky,

We refer to your letter dated 23 April 2008 (received today) enclosing, inter alia, the Affidavit of David Pulk.

As requested previously, please serve a copy on M/s Chauncy & Co in London.

We would also be grateful if you could let us have the latest bank statements relating to the Impress Account. For the avoidance of doubt, this request is made to you in your capacity as solicitors for both EP-Team and PSL.

Regards,

**K. Murali Pany**

**Partner**
**M/s JOSEPH TAN JUDE BENNY**
Advocates & Solicitors
5 Shenton Way
#35-01 UIC Building
Singapore 068808

Tel: 65-6220 9388
Fax: 65-6225 7827

**JTJB Global Network**
Singapore * Piraeus * Bangkok * Kuala Lumpur * Taipei * Jakarta * Los Angeles

Visit our website at www.jtjb.com

Supporting www.singaporelaw.sg

Confidentiality Notice: This message is meant for the addressee only. It may contain material that attracts legal privilege. If you receive this message in error please delete the same immediately.

5/14/2008