UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aspen Infrastructure,
                    Plaintiff(s),

         - against -

                    Defendant(s).
E.P. Team

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/09

PRETRIAL ORDER

07 civ 8813 (RWS)

Sweet, D. J.

    Counsel are directed to appear in courtroom 18C on Sept 30, 09 at 4:30 pm for a pretrial conference for the purpose of resolving any outstanding discovery or other issues, and setting a time for trial. Plaintiff(s)' counsel ARE REQUIRED TO NOTIFY COUNSEL FOR ALL PARTIES OF THIS CONFERENCE. Prior to the appearance at the pretrial conference, all counsel appearing in the action shall have discussed any open issues.

    This conference may not be adjourned without direction from the court. Failure to appear at the conference may result in termination of this action.

    All mail and telephone calls concerning the calendar status of this action must be directed to the Courtroom Clerk. Any requests for interpreters must be made at least 24 hours in advance of the hearing at which such services are required by calling the Interpreters Office (805-0084).

    It is so ordered.

New York, N. Y.
5/19/09

ROBERT W. SWEET
U.S.D.J.