```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
ASPEN INFRASTRUCTURES LTD.,

                    Plaintiff,
                                           07 Civ. 8813 (RWS)
     - against -
                                              O R D E R
E.P. TEAM INC.,

                    Defendants.
-------------------------------------X
```



Sweet, D.J.,

      Defendants' motion to vacate, dated October 14, 2009, will be heard at noon on Wednesday, October 28, 2009, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

New York, NY
October 20, 2009

                                              ROBERT W. SWEET
                                                  U.S.D.J.