UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/09
```

ASPEN INFRASTRUCTURES LTD., F/K/A
SUZLON INFRASTRUCTURE LTD.,

        Plaintiff,

vs.

E.P. TEAM, INC.,

        Defendant.

07 CIV 8813(RWS)

**ORDER DIRECTING THE TURNOVER OF ATTACHED FUNDS SUBJECT TO RULE B(1) ATTACHMENT AND DISMISSAL OF LAWSUIT WITH PREJUDICE**

**WHEREAS** on or about October 12, 2007, Aspen Infrastructures Ltd., f/k/a/ Suzlon Infrastructure Ltd., ("Aspen/Suzlon") instituted this action against E.P. Team, Inc., pursuant to 28 U.S.C. § 1333, Rule B of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and other grounds;

**WHEREAS**, Aspen/Suzlon has served Process of Maritime Attachment and Garnishment (the "PMAG") on various garnishees including Wachovia Bank and JP Morgan Chase Bank (collectively, the "Garnishees");

**WHEREAS**, pursuant to service of the PMAG upon them, Wachovia Bank has has confirmed that it is holding certain funds in the form of Electronic Funds Transfers belonging to Defendant E.P. Team, Inc. in the amount of $100,000 (the "Wachovia Attached Funds"), and JP Morgan Chase Bank has confirmed that it is holding certain funds in the form of Electronic Funds Transfers belonging to Defendant E.P. Team, Inc., in the total amount of $85,496.32 (the "JP Morgan Attached Funds") as set out in the attached Exhibit 1 hereto;

**WHEREAS**, the Court on October 28, 2009, signed an endorsed order vacating all attachments in this case, said order which was entered on the court's docket on October 30, 2009.

**NOW, THEREFORE**, it is hereby ORDERED that:

1. Aspen/Suzlon has no right, title or interest in the Wachovia Attached Funds or in the JP Morgan Attached Funds and E.P. Team, Inc., has all right, title and interest in said Attached Funds;

2. Wachovia Bank and JP Morgan Chase Bank are directed to disburse the full amount of the Wachovia Attached Funds and JP Morgan Attached Funds to E.P. Team, Inc., respectively, in a manner as will be set forth in a separate signed letter from the attorneys of E.P. Team, Inc., Hill Rivkins & Hayden LLP, and sent to Wachovia Bank and to JP Morgan Chase Bank after the issuance of this Order.

3. The Attached Funds shall not be subject to any attachment in New York or otherwise upon being released by Wachovia Bank and by JP Morgan Chase Bank, respectively, pursuant to this Order, and when en route to the account(s) specified in the aforementioned letter of Hill Rivkins & Hayden LLP.

4. This action is discontinued with prejudice and without costs as to either party hereto, subject to being reopened within 30 days if any issues arise concerning the receipt of the Attached Funds.

Dated: New York, New York
       November 9, 2009

SO ORDERED:

_____   11-9-09
U.S.D.J.                    Date

07 Civ. 8813 (RWS)

Exhibit 1

| Date | Garnishee | Amount |
|------|-----------|--------|
| 24-Oct-07 | JP Morgan Chase Bank | $19,611.42 |
| 12-Nov-07 | JP Morgan Chase Bank | $6,098.56 |
| 19-Nov-07 | JP Morgan Chase Bank | $12,035.00 |
| 29-Feb-08 | JP Morgan Chase Bank | $15,000.00 |
| 5-May-08 | JP Morgan Chase Bank | $17,807.34 |
| 6-Aug-09 | JP Morgan Chase Bank | $14,944.00 |
|  | Total | $85,496.32 |
| 27-Feb-08 | Wachovia Bank | $ 100,000.00 |